Alexander Chen [SBN 245798]
alexc@inhouseco.com
Katja M. Grosch [SBN 266935]
kg@inhouseco.com
Theodore S. Lee [SBN 281475]
tlee@inhouseco.com
**INHOUSE CO. LAW FIRM**
7700 Irvine Center Dr., Suite 800
Irvine, California 92618
Telephone: (714) 932-6659
Facsimile: (714) 882-7770

Attorneys for Plaintiff
ARTEXT LLC dba Artext Wholesale



### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| ARTEXT LLC dba Artext Wholesale, a limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>SHENZHEN XINCHENG INNOVATION TECHNOLOGY CO., LTD.; RHL GLOBAL LLC; SHIPQUICK EXPRESS (TURKEY); DONGGUAN GUANGZHIXUN E-COMMERCE CO., LTD.; XINCHENG HOLDING (HK) CO., LIMITED; and DOES 1–10.<br><br>        Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**1. BREACH OF CONTRACT (THIRD-PARTY BENEFICIARY – CAL. CIV. CODE § 1559)**<br>**2. BREACH OF CONTRACT (AGAINST SHIPQUICK EXPRESS)**<br>**3. INTENTIONAL INTERFERENCE WITH CONTRACT**<br>**4. INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**<br>**5. UNFAIR COMPETITION (CAL. BUS. &amp; PROF. CODE § 17200)**<br>**6. DECLARATORY JUDGMENT (28 U.S.C. §§ 2201–2202)**<br><br>**DEMAND FOR JURY TRIAL** |

INHOUSE CO. LAW FIRM

Plaintiff Artext LLC dba Artext Wholesale (erroneously identified in certain documents as "Artex Wholesale, LLC") ("Plaintiff" or "Artext"), by and through its undersigned counsel, alleges as follows:

## I.    NATURE OF THIS ACTION

1. This case concerns the Defendants' failure to honor the exclusive Amazon listing control promised for four specific ASINs and their ongoing interference with Artext's exclusive seller relationships and marketplace rights. A Brand–Distributor agreement dated February 20, 2025, designates RHL's sub-dealers as the sole sellers for the specified Amazon listings and commits the Brand to permit sell-out or to take back/refund inventory upon termination.

2. Thereafter, RHL signed and designated ShipQuick as the exclusive U.S. Amazon ASIN distributor for certain products consistent with the rights within the Brand–RHL Agreement. After ShipQuick signed with Artext, as ShipQuick's exclusive U.S. Amazon ASIN distributor for these certain products. Artex, now as the intended third-party beneficiary of the Brand-RHL agreement and the RHL-ShipQuick agreements, seeks damages and injunctive and declaratory relief to restore the contractual exclusive listing control.

3. Amazon.com Services LLC is not named as a defendant. Plaintiff seeks injunctive relief that, when granted, will bind Amazon as a non-party "person in active concert or participation" under Fed. R. Civ. P. 65(d)(2) upon notice for limited implementation on the platform.

## II.    JURISDICTION, VENUE, AND PARTIES

4. Subject-Matter Jurisdiction. This Court has jurisdiction under 28 U.S.C. § 1332(a)(3) and, in the alternative, § 1332(a)(2). Plaintiff Artext is a citizen of the States of each of its members (as will be identified in its FRCP 7.1(a)(2) disclosure). Defendant RHL Global LLC, upon information and belief, is not a citizen of the same States as any Artext member. Defendants Shenzhen Xincheng Innovation Technology Co., Ltd. ("Xincheng") and ShipQuick Express ("ShipQuick") are foreign entities. The amount in controversy exceeds $75,000 exclusive of interest and costs.

5. Venue. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this District and Division, including performance, non-performance, and injuries suffered at Artext's principal place of business in Santa Ana, California.

INHOUSE CO. LAW FIRM

6. Personal Jurisdiction. Each Defendant purposefully directed activities to the U.S. Amazon.com marketplace and to California by contracting for U.S. Amazon distribution, appointing U.S. sub-dealers to exercise sole-seller control over specific ASINs, shipping inventory for U.S. sale, and causing injury to Artext in California.

7. Plaintiff's legal name is Artex, LLC, which does business as "Artex Wholesale." References in certain agreements and communications to "Artex Wholesale, LLC" are misnomers for the same entity; the same principals, address, EIN, and operations apply. Plaintiff will file its FRCP 7.1(a)(2) disclosure identifying the citizenship of each member.  For clarity in the record, all references in this pleading to "Plaintiff," "Artex," or "Artex Wholesale" mean Artex, LLC dba Artex Wholesale, and any references in exhibits or third-party communications to "Artex Wholesale, LLC" are understood as misnomers for the same entity.

8. Defendant Shenzhen Xincheng Innovation Technology Co., Ltd. is a Chinese company that manufactures and supplies Lubluelu-branded products.

9. Defendant RHL Global LLC is a Wyoming limited liability company contracted by Xincheng as its U.S. Amazon distributor for specified SKUs/ASINs.

10. Defendant ShipQuick Express is a Turkish intermediary that entered exclusive ASIN distribution agreements with Artext for specified Lubluelu products.

11.  Dongguan Guangzhixun E-commerce Co., Ltd. ("Guangzhixun") is, on information and belief, the registrant and/or principal licensor of the LUBLUELU trademarks used for the Products and appears as the seller of record for one or more of the Covered ASINs on Amazon.com (U.S.).

12.  Xincheng Holding (HK) Co., Limited ("Xincheng HK") is, on information and belief, an affiliated Hong Kong entity that controls the lubluelu.com website and acts in concert with Shenzhen Xincheng Innovation Technology Co., Ltd. ("Xincheng PRC") and Guangzhixun to operate the Lubluelu brand as a single enterprise for U.S. Amazon marketplace sales.

### III. FACTUAL ALLEGATIONS

#### The Brand–RHL Agreement

13. On February 20, 2025, Xincheng and RHL entered into a sale agreement in Mandarin and English concerning the U.S. Amazon.com marketplace. The agreement, among other provisions, (i)

authorizes RHL to appoint sub-dealers to sell designated SKUs on Amazon.com; (ii) stipulates that sub-dealers appointed by RHL "will be the sole sellers in Amazon.com listings of the specified products"; and (iii) mandates that if the Brand terminates the agreement, it must permit such sub-dealers to sell remaining stock or facilitate the return and refund of their stocks.

Below is an excerpt of the relevant portion of the sole distribution agreement.

公司提供一些带有亚马逊透明标签的产品,以保护分销商。RHL Global指定的分销商将是亚马逊网站列表中合同指定产品的唯一卖家。在授权期间,经销商、RHL GLOBAL LLC 及其分销商不得使用 LUBLUELU 品牌和新成创新科技有限公司的名称从事任何其他非法商业活动。如有违反,经销商应承担所有责任,公司保留终止独家销售协议并对授权方采取法律行动的权利。

RHL GLOBAL 保证购买上述产品的所有美国库存。

1: "附件产品"。

Sub-dealer must keep its account in healthy status. The company would require each sub-dealer to send its account's health status and performance notification every now and then. Sub-dealers must send within three business days after they get the requests.

The company offers some products with Amazon Transparency labels to protect Sub-dealers. Sub-dealers designated by RHL Global will be the sole seller in Amazon.com listings of the products specified in the contract. During the authorization period, the Distributor, RHL GLOBAL LLC, and its sub-dealers shall not engage in any other illegal business activities using the LUBLUELU brand and Xincheng Innovation Technology Co., Ltd name. In the event of any violation, the Distributor

Attachment 1 to the agreement lists the Lubluelu ASINs at issue: B0DFPCHHB3, B0C5D5SZ38, B0C6SPNSC5, and B0BVPSCHWT. (Ex. 1.)

**The RHL–ShipQuick Agreement.**

14. On or about February–March 2025, RHL Global LLC ("RHL") and ShipQuick Express (Turkey) ("ShipQuick") entered into written agreements titled "Ürün Satış ve Tek Satıcılık Sözleşmesi" (Product Sales & Exclusive Dealership) (Turkish originals). These agreements grant ShipQuick exclusive rights to sell specific Lubluelu ASINs on Amazon.com (U.S.), including B0DFPCHHB3, B0C5D5SZ38, B0BVPSCHWT, and B0C6SPNSC5. Such agreements identify RHL as the distributor of the Lubluelu brand and prohibit other authorizations for the same ASINs. A true and accurate copy of the Turkish originals, along with certified English translations, is attached herein as Exhibit 2.

INHOUSE CO. LAW FIRM

INHOUSE CO. LAW FIRM

**The Artext-ShipQuick Agreement.**

15. In February 2025, ShipQuick granted Artext exclusive distribution rights on Amazon for ASINs B0C5D5SZ38, B0C6SPNSC5, B0DFPCHHB3, and B0BVPSCHWT, with the obligation to provide necessary brand authorization and to be responsible for shipping, handling, preparation, and related logistical support. Exhibit 3 shows the signed distribution agreement for the ASINs except for one. For ASIN B0BVPSCHWT, Artext and ShipQuick did formaliz their agreement in a written Exclusive Amazon ASIN Distribution Agreement.  Although the signature blocks were not completed due to an oversight, both parties agreed and acted in accordance with that document, adopting it through their conduct. The course of dealing confirms their mutual assent, and the agreement is enforceable under Cal. Com. Code §§ 2204, 2206, and 2201(3). Alternatively, Artext alleges an implied-in-fact contract and promissory estoppel based on ShipQuick's promises and Artext's reliance.

**Artex's Downstream Exclusive Seller Designations.**

16. In accordance with the Brand–RHL, RHL-ShipQuick construct, and ShipQuick-to-Artext grants, Artext entered into exclusive Amazon sales agreements designating a single authorized seller for each ASIN. These designations include the seller's Amazon Seller ID: (a) AllGoods Lane (Seller ID A1DTR26EY1010E) for B0C5D5SZ38; (b) Splenor LLC (Seller ID A3MBXR9225J40Q) for B0C6SPNSC5; (c) EH95 LLC for B0DFPCHHB3; and (d) The Murad Holding Group (Seller ID A2JCK6VBCM0NAI) for B0BVPSCHWT. (See Exhibit 4).

**Brand's Refusal to Honor Exclusivity**

17. After taking delivery of the inventory, Plaintiff began to seek control of the ASIN as agreed. The Brand, however, had other plans. It never provided the immediate exclusivity required by the agreement. After Plaintiff pushed on RHL to obtain compliance, and well after the Plaintiff's investment and RHL's inventory purchases, the Brand's first written response on May 12, 2025, was to delay and condition exclusivity: *"After we clear these stock out on Amazon, you will be the exclusive seller of Model 202 on the Amazon USA platform."* (Ex. 5) That statement was itself a breach because exclusivity was never supposed to depend on the Brand liquidating its own stock. By insisting that its own inventory must be cleared first, the Brand revealed it had no intention of fulfilling its promises.

**Brand Next Demand New Conditions and Terms**

18.  Two days later, on May 14, 2025, the Brand doubled down by demanding a $50,000 deposit as a condition for continuing, supposedly to protect its name. This had never been part of the bargain. RHL rejected the demand, reminding the Brand it was required to withdraw or refund stock under the agreement, not invent new financial hurdles. (Ex.6)

**Brand Then Provided False deadlines and recasting the deal.**

19. On May 20, 2025, the Brand pretended to move forward by fixing a June 16, 2025 withdrawal date, estimating ≈25,051 units subject to removal (3,401 FBA units and 21,650 in warehouses or transit), and acknowledging ~$15 per unit removal costs. But even this was another attempt to recast the deal: in the same message, the Brand tried to water down RHL's status from "sole seller" to merely the "only authorized third-party seller," contradicting the agreement. (Ex. 7)

**Brand's Inducement and market sabotage.**

20. At this point, Defendants' conduct could only be understood two ways—both bad: either (i) they knowingly induced RHL to buy what was pitched as the "remaining" Model 202 inventory, only to dump additional lots into the U.S. market and destroy the channel, or (ii) they were at minimum grossly negligent, failing to disclose further inventory and then flooding Amazon after promising exclusivity. Either way, Defendants' tactic was to dump inventory at suppressed prices, destroying the market and making Plaintiff's investment worthless.

**Brand's Rejection of Practical Solutions**

21.  Also on May 20, RHL proposed a cost-effective interim fix: raise the Brand's Amazon price on the 1,152 FBA units (ASIN B0BVPSCHWT) so Plaintiff's exclusive sellers could sell through, while the Brand bought back or refunded the balance. The Brand refused even this minimal accommodation, showing it had no intention to act in good faith. (Ex. 8)

**Brand's Current Stance. Silence**

22. On May 21, 2025, Artext set a deadline for May 22 and requested a video conference, also offering a Mandarin interpreter; however, the brand failed to comply.  Later, on June 2, 2025, ShipQuick, with RHL/Artext copied, reiterated the required actions: withdrawal by June 16; assuming the status of the sole seller afterward; and no deposit being necessary, while also dispatching final notices. On June 15, RHL issued a warning that failure to meet the June 16 deadline would be seen as

INHOUSE CO. LAW FIRM

fraudulent or in bad faith; the brand did not meet the specified deadline. On September 1, ShipQuick sent a final formal notice outlining the non-performance and related losses, and announced the start of full legal escalation. Despite these communications, the brand continued to neglect compliance. Despite those promises, all four Model 202 ASINs, as of the time of writing this complaint, still list GuangZhiXun as the seller-of-record with under-market pricing and velocity badges (including "Amazon's Choice"), confirming ongoing brand/affiliate control of the listings.

22. The same email threads show Lubluelu/Xincheng, RHL, ShipQuick, and Artext discussing ASIN-level withdrawal and listing control, confirming RHL↔Lubluelu privity and brand authority over the Amazon listings. In these threads, the brand determined the withdrawal date, specified FBA/warehouse units, and discussed per-unit removal costs—operational decisions only the brand controlling the listing can make—affirming brand-side control. Documents and emails support the chain of command from Brand to RHL, then ShipQuick, and finally Artext, with ASIN-level sole-seller implementation after withdrawal. The brand's promises in the threads, along with GuangZhiXun as the seller-of-record on the same ASINs, show coordinated control by brand and affiliate accounts; any injunction must target individuals acting in concert for platform enforcement. Despite promising no-deposit and a June 16 withdrawal, the brand failed to fulfill these commitments, confirming coordinated non-performance that undermines the sole-seller agreement.

23. These RHL–ShipQuick contracts, along with Plaintiff's downstream exclusive ASIN distribution and sales agreements, create a continuous chain of authority and privity: Brand (Xincheng PRC) → RHL (distributor) → ShipQuick (exclusive U.S. Amazon dealer for the Covered ASINs) → Artext (exclusive ASIN distributor) → designated Amazon sellers.

24. In sum, presently approximately 1,152 units were placed into an authorized seller's FBA (Fulfillment by Amazon) account, and approximately 4,448 units remained in warehouse storage, accruing monthly fees. Despite the exclusive-seller structure and repeated requests, the Brand and/or RHL refused to withdraw their offers and continued to self-list and price-suppress the Covered ASINs, blocking sales by Artext's designated sellers and degrading algorithmic rank. Removal of FBA inventory would cost at least $20,000 plus receiving/restocking charges, not including the loss of rank and goodwill.

COMPLAINT

INHOUSE CO. LAW FIRM

25. Plaintiff has performed all conditions, covenants, and promises required of it, or its performance has been excused, waived, or prevented by Defendants.

26. Based on information and belief, Xincheng PRC, Xincheng HK, and Guangzhixun are affiliated entities operating under the Lubluelu brand as a unified enterprise: (a) Xincheng PRC manages distributor and sub-dealer control and has contracted with RHL; (b) Guangzhixun owns and controls the Lubluelu trademarks and appears as the seller of record for the same ASINs on Amazon.com (U.S.); and (c) Xincheng HK oversees the lubluelu.com brand website. The defendants act in concert to control the same ASIN listings within the U.S. marketplace. Specifically, the United States Patent and Trademark Office (USPTO) has multiple filings for the Lubluelu trademark, with Guangzhixun listed as the applicant. Additionally, the seller of the relevant SKUs on Amazon is Guangzhixun. The website lubluelu.com shows ownership by Xincheng HK, while the contract with RHL is signed by Xincheng PRC. Furthermore, email correspondence indicates that Xincheng HK, owner of lubluelu.com, directly communicates with RHL, acting as Xincheng PRC in signing the RHL agreement, while also admitting to maintaining full control over Amazon listings and representing Guangzhixun.

Below is a list of trademarks filed by Guangzhixun for the brand Lubluelu.



**Details Regarding Covered Products (four Model 202 ASINs).**

COMPLAINT

27. The products in question are four Lubluelu "Model 202" SKUs listed on Amazon.com (U.S.): B0C5D5SZ38 (Blue), B0C6SPNSC5 (Pink), B0DFPCHHB3 (Black), and B0BVPSCHWT (Purple). Each associated ASIN indicates "Ships from Amazon; Sold by GuangZhiXun," linking the listings to the brand's affiliated account. The pricing on the same account ranges from $109 to $109.99 (and $104.99 for the Purple variant), accompanied by banners such as "lowest price in 30 days" and "Amazon's Choice," as well as recent purchase badges indicating figures such as "100+" and "400+ bought in the past month." These indicators demonstrate Buy-Box dominance and price leadership by the defendants' account concerning the identical ASINs that were intended to be under an exclusive, sole-seller arrangement.

Below is an excerpt of the relevant listing on amazon of the products in dispute.



Below are excerpts of the product model details as shown in Amazon.com

**Blue ASIN B0C5D5SZ38**



**Pink ASIN B0C6SPNSC5**



**Purple ASIN B0BVPSCHWT**



**Black ASIN B0DFPCHHB3**



**Dumping is consistent with the email admissions.**

28. Defendants' low-price posture on the Covered ASINs tracks the brand's emails acknowledging the need to clear and withdraw Model 202 stock (e.g., setting June 16 as the withdrawal date and describing substantial FBA/warehouse volumes) and RHL's contemporaneous warnings that such clearance "broke the agreement" and would destroy sell-through economics if the brand did not

INHOUSE CO. LAW FIRM

withdraw or at least raise its prices. Below is an excerpt showing an exemplary order placed by counsel and shipped by Amazon and Guangzhixun:





**This frustrates the contract design.**

29. The agreement between the Brand and RHL establishes exclusivity at the level of listing (ASIN), whereby 'sub-dealers designated by RHL will be the sole sellers on Amazon.com listings,' and

safeguards their inventory upon termination, whether through sell-out or resale/refund. The defendants' ongoing practice of self-listing and suppressing prices on the Covered ASINs obstructs the Plaintiff's exclusive sellers from obtaining control of the Buy-Box, diminishes prices, and diminishes rank and review equity. This undermines the exclusivity of the listing agreement and disrupts the downstream chain involving RHL, ShipQuick, and Artext.

**Why the Court's intervention is necessary now.**

30. As evidenced on the ASIN pages themselves, the Defendants' account continues to maintain control over the Model 202 listings and pricing, despite their written commitment to withdraw and relinquish exclusive listing control. The ongoing underpricing diverts orders and causes permanent harm to the algorithmic ranking and goodwill—damage that cannot be remedied solely through monetary damages absent injunctive relief.

### IV. CLAIMS FOR RELIEF

### COUNT ONE – BREACH OF CONTRACT

(Third-Party Beneficiary – Cal. Civ. Code § 1559, against Defendants)

31. Plaintiff reaffirms the allegations set forth in Paragraphs 1 through 30.

32. The agreement between the Brand and RHL was partially designed to benefit RHL-designated sub-dealers as the exclusive vendors on specified Amazon listings, and to safeguard their inventory and their capacity to sell out or recover via take-back or refund procedures upon termination.

33. The exclusive dealership agreements between RHL and ShipQuick corroborate the intended ASIN-specific sole-seller framework for Amazon.com (U.S.), as envisaged by the Brand–RHL agreement, thereby further evidencing that the Plaintiff and its designated sellers qualify as intended beneficiaries.

34. Artext and its designated exclusive sellers are recognized as intended beneficiaries of these commitments.

35. Xincheng and RHL committed breaches by refusing to retract their offers, continuing to self-list and manipulate prices, and otherwise disrupting the listing control and sales processes of the Plaintiff and its exclusive sellers.

INHOUSE CO. LAW FIRM

INHOUSE CO. LAW FIRM

36. As a direct and proximate result, Artext has suffered damages in an amount to be proven at trial and faces ongoing irreparable harm absent injunctive relief. To the extent any document refers to "Artex Wholesale, LLC," the parties intended and understood it to mean Artex, LLC d/b/a Artex Wholesale, and the agreements were performed by and against that entity; enforcement proceeds in that name.

## COUNT TWO- BREACH OF CONTRACT

### (Against ShipQuick)

37. Plaintiff realleges Paragraphs 1–36.

38. ShipQuick agreed to grant exclusive ASIN distribution rights to Artext, to provide brand authorization enabling exclusive seller control, and to cover shipping/handling/prep and related logistics support.  For B0C5D5SZ38, B0C6SPNSC5 and B0DFPCHHB3, ShipQuick executed written grants to Artext. For B0BVPSCHWT, the parties memorialized their agreement in Exhibit 3; although signatures were not affixed, both parties adopted the writing by conduct. Enforcement does not fail for lack of signature because part performance and estoppel apply.

39. ShipQuick breached by, among other things, conditioning delivery on non-contractual bundling, failing to provide and/or support brand authorization and logistics as promised, and shifting costs to Artext and its sellers.

40. As a direct and proximate result, Artext has suffered damages in an amount to be proven at trial.  To the extent any document refers to "Artex Wholesale, LLC," the parties intended and understood it to mean Artex, LLC d/b/a Artex Wholesale, and the agreements were performed by and against that entity; enforcement proceeds in that name.

## COUNT THREE

## INTENTIONAL INTERFERENCE WITH CONTRACT

### (Against Xincheng, RHL, Guangzhixun and Xincheng HK)

41.  Plaintiff realleges Paragraphs 1–40.

42.  Artext had valid contracts with its designated exclusive sellers (AllGoods Lane, Splenor, EH95, and The Murad Holding Group).  To the extent any document refers to "Artex Wholesale, LLC,"

---

INHOUSE CO. LAW FIRM

the parties intended and understood it to mean Artex, LLC d/b/a Artex Wholesale, and the agreements were performed by and against that entity; enforcement proceeds in that name.

43. Xincheng, Guangzhixun, Xincheng HK and RHL knew of these contracts and the exclusive-seller structure.

44. Xincheng, Guangzhixun, Xincheng HK and RHL intentionally engaged in conduct designed to disrupt, including refusing to withdraw their offers, continuing to self-list, and pricing below sustainable levels to suppress the Buy Box.

45. The contracts were disrupted and Plaintiff suffered damages as a result.

## COUNT FOUR

## INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

### (Against Xincheng, RHL, Guangzhixun and Xincheng HK)

46. Plaintiff realleges Paragraphs 1–45.

47. Plaintiff had existing and prospective economic relationships with its designated sellers and end-consumers on the Covered ASINs that had a probable future economic benefit.

48. Xincheng, Guangzhixun, Xincheng HK and RHL knew of these relationships and engaged in independently wrongful acts (including breaches and unfair marketplace conduct) to disrupt them.

49. The relationships were disrupted and Plaintiff suffered damages as a result.

## COUNT FIVE

## UNFAIR COMPETITION (Bus. &amp; Prof. Code § 17200)

### (Against Xincheng, RHL, Guangzhixun and Xincheng HK)

50. Plaintiff realleges Paragraphs 1–49.

51. Defendants' acts and practices are unlawful and/or unfair under § 17200, including breaches of contract and marketplace conduct that undermines exclusive-listing control and deceives consumers as to authorized sellers.vvThe same pattern appears on the Blue, Black, and Purple listings: continued "Sold by GuangZhiXun" offers on ASINs B0C5D5SZ38, B0DFPCHHB3, and B0BVPSCHWT with price promotions and volume signals (e.g., "100+"/"400+ bought in past month"), all of which mislead consumers about authorized sellers and strip Buy-Box share from Plaintiff's exclusive sellers, constituting unfair and fraudulent practices under §17200.

52. Plaintiff seeks injunctive relief, restitution/disgorgement as allowed, and other relief the Court deems just and proper.

## COUNT SIX

### DECLARATORY JUDGMENT (28 U.S.C. §§ 2201–2202)

(Against All Defendants)

53. Plaintiff realleges Paragraphs 1–52.

54.  An actual, justiciable controversy exists concerning, inter alia, (a) Artext's rights as an intended third-party beneficiary of the Brand–RHL and RHL-QucikShip agreements; (b) the scope of exclusive listing control for the Covered ASINs; and (c) the Brand's obligations to withdraw, to allow sell-out, or to take back stock and refund upon termination.

55. A declaration is also necessary to confirm that Brand Registry and Seller Central accounts associated with "Lubluelu," "Guangzhixun," or "Xincheng/Xincheng Holding" must implement the Court's injunctive terms for the additional Covered ASIN listings—B0C5D5SZ38 (Blue), B0DFPCHHB3 (Black), B0C6SPNSC5 (Pink) and B0BVPSCHWT (Purple).

56. As to B0BVPSCHWT, declare that the agreement between QuickShip and Artext is enforceable notwithstanding absent signatures, because the parties adopted it by conduct or, alternatively, under implied-in-fact contract or promissory estoppel principles.

57. Plaintiff requests declarations consistent with the foregoing and further necessary or proper relief under § 2202.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Injunctive Relief (Interim and Permanent). An order restraining and enjoining Xincheng and RHL, and their officers, agents, servants, employees, attorneys, and those in active concert or participation with them who receive actual notice, from offering, listing, or selling on Amazon.com (U.S.) the following ASINs and from interfering with exclusive listing control by Plaintiff's designated sellers: B0C5D5SZ38, B0C6SPNSC5, B0DFPCHHB3, and B0BVPSCHWT (the "Covered ASINs").

B. Affirmative Steps. Within a short time after service, require all Defendants to (i) withdraw all offers on the Covered ASINs; and (ii) deliver Brand Registry authorization letters confirming the

INHOUSE CO. LAW FIRM

following as the exclusive sellers during the pendency of this action: AllGoods Lane (Seller ID A1DTR26EY1010E) — B0C5D5SZ38; Splenor LLC (Seller ID A3MBXR9225J40Q) — B0C6SPNSC5; EH95 LLC — B0DFPCHHB3; and The Murad Holding Group (Seller ID A2JCK6VBCM0NAI) — B0BVPSCHWT.

C. Rule 65(d)(2) Implementation. Provide that the injunctive orders will bind non-parties in active concert or participation receiving actual notice, including Amazon.com Services LLC, solely to implement the ordered listing control on the platform and to preserve Brand Registry submissions, case logs, and listing histories for the Covered ASINs.

D. Declaratory Relief. As set forth in Count 6.

E. Damages. Compensatory, consequential, and other damages in an amount to be proved at trial, including as to ShipQuick's breaches and Xincheng/RHL's interference and contract breaches.

F. Restitution/Disgorgement. As authorized under Bus. &amp; Prof. Code § 17200 et seq.

G. Pre- and post-judgment interest as allowed by law.

H. Costs of suit and such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: October 6, 2025

**INHOUSE CO. LAW FIRM**

By:  /s/ Alexander Chen
     Alexander Chen
     Katja M. Grosch
     Theodore S. Lee
     Attorneys for Plaintiff
     ARTEXT, LLC dba Artext Wholesale
     (erroneously identified as "Artext Wholesale,LLC")

# EXHIBIT 1

# Amazon Sale Agreement

本亚马逊限量产品销售协议（以下简称 "协议"）由深圳市鑫诚创新科技有限公司与RHL GLOBAL LLC签订。主合同自双方签字后生效。

本亚马逊销售协议（以下简称 "协议"）于 2025 年 2 月 20 日由一家办公地址位于中国广东省深圳市龙岗区坂田街道马鞍塘社区环城南路 15 号恒都

大都会广场 1 栋 2801 的中国公司深圳市新成创新科技有限公司（以下简称 "新成创新科技有限公司 "或 "供应商"）与

订立并生效。

RHL GLOBAL LLC，美国公司，主要营业地点为

30 N Gould St, Ste 4000 Sheridan WY 82801-6317 United State（"RHL GLOBAL "或 "分销商"）。

考虑到本文所载的相互承诺，双方同意如下：

This Amazon Sale Agreement for limited products ("Agreement") is signed by Shenzhen Xincheng Innovation Technology Co., Ltd.  and RHL GLOBAL LLC. The main contract shall take effect after both parties  signed.

This Amazon Sale Agreement ("Agreement") is made and effective on this, the 20th  day of February 2025 by and between Xincheng Innovation Technology Co., Ltd a Chinese company having offices at

2801, Building 1, Hengdu

Metropolis Plaza, No. 15 Huancheng South Road, Ma'antang Community, Bantian Street, Longgang District, Shenzhen, Guangdong, China  ("Xincheng Innovation Technology Co., Ltd" or "Supplier").

and

RHL GLOBAL LLC, a USA company with its principal place of business at

30 N Gould St, Ste 4000 Sheridan WY 82801-6317 United State("RHL GLOBAL" or "Distributor").

 In consideration of the mutual promises contained herein, the parties agree as follows:

义

本文件中使用的下列术语具有如下含义：

a. "产品 "是指由分销商销售的下列公司产品： 附录 1： 产品 "中提及的所有产品。

b. "地区 "是指美国的 Amazon.com。

Definitions

As used herein, the following terms shall have the meanings set forth below:

a. "Products" shall mean the following Company products to be sold by the Distributor: All products as referred to in "Attachment 1: Products" incorporated herein by reference.

b. "Territory" shall mean Amazon.com in the United States of America.

任命和职责

新成创新科技有限公司特此任命 RHL GLOBAL 为其亚马逊分销商，

负责亚马逊网站上指定 SKU 的 LUBLUELU 产品。销售将在 RHL

GLOBAL 收到产品后开始。在此期间，将在亚马逊网站上销售的分

销商的品牌注册必须与 LUBLUELU AMAZON 销售团队和 RHL GLOBAL

合作完成。

分销商指定次级经销商销售特定的 SKU。如果次级经销商未能达到

分销商和供应商设定的销售限额，将失去在 Amazon.com 上的销售

授权。分销商将继续拥有这些 SKU 的销售权，并可指定新的分销

商进行销售。

Appointment and duties

Xincheng Innovation Technology Co., Ltd hereby appoints RHL GLOBAL as its Amazon Distributor for the appointed SKU of LUBLUELU Products on Amazon.com.The sale will start after RHL GLOBAL's receive  the Products.During this period, the brand registrations of the sub-dealers who will sell on Amazon.com must be completed in collaboration with LUBLUELU AMAZON sales team and  RHL GLOBAL.
The distributor appoints the sub-dealers to sell specific SKUs.Sub-dealer who fail to meet the sales limit set by the Distributor and Supplier will lose their sales authorization on Amazon.com. The Distributor will continue to have the rights to sell these SKUs and will be able to appoint a new sub-dealer for sale.

分销商/次级经销商在亚马逊网站上的广告投入必须达到每个 SKU 购买金额的 5%。公司要求在每月第一周提交月销售报告、赞助商报告和退货报告。分销商必须在每月 7 日前提交这些报告。

Distributors/sub-dealer must make an advertising investment of 5% of the purchase amount of each SKU on Amazon.com. Monthly sales report, sponsor report and return report are requested by the company in the first week of each month. The sub-dealer must submit these reports before the 7th of each month.


次级交易商必须保持其账户处于健康状态。公司将要求每个次级交易商每隔一段时间发送账户健康状况和业绩通知。分销商必须在收到要求后三个工作日内发送。

公司提供一些带有亚马逊透明标签的产品，以保护分销商。RHL Global指定的分销商将是亚马逊网站列表中合同指定产品的唯一卖家。在授权期间，经销商、RHL GLOBAL LLC 及其分销商不得使用 LUBLUELU 品牌和新成创新科技有限公司的名称从事任何其他非法商业活动。如有违反，经销商应承担所有责任，公司保留终止独家销售协议并对授权方采取法律行动的权利。
 RHL GLOBAL 保证购买上述产品的所有美国库存。

1: "附件产品"。

Sub-dealer must keep its account in healthy status. The company would require each sub-dealer to send its account's health status and performance notification every now and then. Sub-dealers must send within three business days after they get the requests.

The company offers some products with Amazon Transparency labels to protect Sub-dealers. Sub-dealers designated by RHL Global will be the sole seller in Amazon.com listings of the products specified in the contract. During the authorization period, the Distributor, RHL GLOBAL LLC, and its sub-dealers shall not engage in any other illegal business activities using the LUBLUELU brand and Xincheng Innovation Technology Co., Ltd name. In the event of any violation, the Distributor

shall bear all responsibilities, and the Company reserves the right to terminate the Exclusive Sale

Agreement and pursue legal actions against the authorized party.

 RHL GLOBAL has guaranteed to purchase all USA stocks of the products mentioned


1:      "Attachment     Products".


如果新成创新科技有限公司终止合同，则有义务等待在亚马逊网站上销售的分销商的库存处理完毕，或收回库存并退款。


或收回库存并退款。


In case of termination of the contract by Xincheng Innovation Technology Co., Ltd, it is obliged to wait until the stocks of the sub-dealers who selling on Amazon.com are

finished or take back the stocks and make a refund.

仲裁：

因履行协议而产生的所有争议应通过友好协商解决。如协商不成，则应提交美国国际贸易委员会（华盛顿特区）仲裁，并应适用该委员会的规则。仲裁裁决为终局裁决，对双方均有约束力。仲裁费由败诉方承担，除非仲裁组织另有裁决。

本协议经双方签署后立即生效。

Arbitration:

All disputes arising from the performance of the agreement should be settled through friendly negotiations. Should no settlement be reached through negotiation, the case shall then be submitted for arbitration to the United States International Trade Commission ( Washington D.C. )and the rules of this commission shall be applied. The award of the arbitration shall be final and binding upon both parties. The arbitration fee shall be borne by the losing party unless otherwise awarded by the arbitration organization.

本协议经双方签署后立即生效。

This agreement shall come into effect immediately after it is signed by both parties.


| 供应商： | 分销商： |
|---|---|
| For Supplier: | For Distributor: |
| 深圳市信诚创新技术有限公 | RHL GLOBAL LLC Shenzhen |
| Xincheng Innovation Technology Co., Ltd | RHL GLOBAL LLC |
| 署名：王志 | Akan Yürekli |
| By: Wang Zhi | By: Akan Yürekli |
| 职位：总经理 | 总经理 |
| Position: CEO | Position: CEO |

附录 1：产品

以下 LUBLUELU 产品为本亚马逊销售协议的标的物。 分销商不得在任何时间出于任何目的更改正常销售价格。如果他们愿意，可以提供代码、Prime Deals 或优惠券，以提供低于正常价格的价格，但价格不得低于约定的最低价格。分销商可以以高于正常价格的价格销售。

**Attachment 1: Products**

The following LUBLUELU products are the subject of this Amazon sales agreement.  Sub-dealers are forbidden to change regular sales prices for any purpose at any time. They able to offer Codes, Prime Deals, or coupons to offer a lower price than regular prices if they want and the prices can't lower than the agreed lowest price. Sub-dealers can sell at a price higher than the regular price.

| ASIN | SKU | Color | Qty |
|------|-----|-------|-----|
| B0DFPCHHB3 | 202 | Black | 700 |
| B0C5D5SZ38 | 202 | Blue | 1300 |
| B0BVPSCHWT | 202 | Purple | 2400 |
| B0DD6TYK48 | SL68 | Black | 1000 |
| B0DF7DQLN8 | SL60D | Black | 1500 |
| B0D93DWV61 | SL68 | White | 500 |
| B09YYLFVFY | 202 Battery Pack | Black | 290 |
| B0C6SPNSC5 | 202 | Pink | 300 |

附录 2：产品销售条款和条件

**Attachment 2: Terms and Conditions of Sale of Products**

发货和交货时间 - 公司应在与分销商确认订单时确定"交货时间"。公司应负责在"准备时间"内准备好订单货物，如有任何延误，公司应通知分销商。

交货方式和条款 - 由公司决定的最佳方式。分销商负责所有运输和装卸费用以及将产品交付给分销商所需的任何其他费用。

付款条件 - "分销商"应预付所有订单的货款。没有 100% 付款，货物将不会发货。

Shipping and delivery timing - The Company shall determine a "lead time" when confirming the order with the Distributor. The company shall be responsible for preparing the order goods within "lead-time", if there is any delay, the Company shall notify the Distributor.

Delivery method and terms - best method as determined by the Company. The distributor is responsible for all shipping and handling costs and any other costs required to deliver the product to Distributor.

Payment terms - The distributor shall prepay all orders.The order must be paid in full when the products are ready for shipment. Goods will not be shipped without 100% payment.

供应商：　　分销商：

For Supplier:                                          For Distributor:

深圳市信诚创新技术有限公　　RHL GLOBAL LLC Shenzhen

Xincheng Innovation Technology Co., Ltd  RHL GLOBAL LLC

署名：王志                                          Akan Yürekli
By: Wang Zhi                                        By: Akan Yürekli

职位：总经理                                        总经理
Position: CEO                                        Position: CEO


签署（Signature）                        签署（Signature）

# EXHIBIT 2



## <u>CERTIFICATION OF TRANSLATION</u>

I, Murat Akbas declare under penalty of perjury that I am fluent in both Turkish and English languages and competent to translate between them. I certify the attached English translation from Turkish is true and accurate to the best of my ability and belief.

### Description of Translation

■ **TRANSLATION OF PRODUCT SALES AND EXCLUSIVE DEALERSHIP AGREEMENT BETWEEN RHL GLOBAL LLC AND SHIPQUICKEXPRESS**

[Translated from Turkish to English]

Date**: September 26, 2025**

Signature:

*Murat Akbas*

**Murat Akbas**
American Translators Association "ATA" member ID # **264709**

Note: Translation does not guarantee the authenticity of source document(s).

**ata American Translators Association**
*The Voice of Interpreters and Translators*

**This Certifies that**

**Murat Akbas**

is an ATA **Associate** member in good standing
from **1/1/2025** to **12/31/2025**

211 N. Union Street Suite 100, Alexandria VA 22314
www.atanet.org  |  Telephone +1-703-683-6100  |  Fax + 1-703-778-7222

### PRODUCT SALES AND EXCLUSIVE DEALERSHIP AGREEMENT

**1. PARTIES**

1. On one side, RHL GLOBAL LLC (EIN: 61-2064141), residing at 30 N Gould St, STE 4000 Sheridan, WY 82801 (Hereinafter referred to as the "SELLER"); and on the other side, SHIPQUICKEXPRESS, residing at Harbiye Mah. Askerocagi Cad. Suzer Plaza No:6 Inner Door No:62, Sisli Istanbul (Hereinafter referred to as the "BUYER").

   Between them, under the following terms, this product sales and sub-dealership agreement (hereinafter referred to as the "agreement") has been concluded.

2. Unless otherwise stipulated in this agreement and as long as it is foreseen in the text of this agreement, each of the parties shall individually be referred to as a "Party" and collectively as the "Parties."

The Parties, by their free will, have agreed upon the terms and conditions stated below and have signed this agreement.

**REGARDING THE BUYER**

**If Available KEP Address** :

**Phone** : 05541237748 / 05435540046

**E-Mail** : shipquickexpress@gmail.com

**2. DEFINITIONS:**

1. **RHL GLOBAL LLC**: Seller (Distributor of the Lubluelu brand, authorizing the Buyer to sell on amazon.com America site).

2. **Shipquickexpress**: Buyer

3. **https://www.amazon.com/** : e-commerce site

4. **Lubluelu** : The brand name of the products sold on the pages https://www.amazon.com/stores/LublueluCordlessVacuum/page/3A16156-80CC-4ED8-81CD-32266865E123?ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto

5. **ASIN B0DFPCHHB3 B0C5D5SZ38 B0BVPSCHWT B0C6SPNSC5** : The ASIN numbers (Amazon standard identification number) of the products belonging to the Lubluelu brand.

6. https://www.amazon.com/stores/LublueluCordlessVacuum/page/3A16156-80CC-4ED8-81CD-32266865E123?ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto : The link to the https://www.amazon.com/ page where the products specified in Article 2.5 of the Agreement are sold.

7. Store name: **B0DFPCHHB3**

8. **B0C5D5SZ38 (AllGoods Lane – Seller ID: A1DTR26EY1010E)**

9. **B0BVPSCHWT**

10. **B0C6SPNSC5 (Splenor LLC – Seller ID: A3MBXR9225J40Q)** The Amazon store name
that will sell the products with this ASIN.

## 4. SCOPE OF THE AGREEMENT

**4.1.** This agreement covers granting the Buyer exclusive dealership authority for the Lubluelu
brand based on ASIN, the purchase of products in quantities specified in the agreement, the
product price, payment method, time of performance, provisions regarding liability for defects,
provisions for default, and provisions to be applied in case of disputes.

**4.1.** In this agreement, the Seller and the Buyer are jointly liable before the customer for
defective or damaged products originating from production. If any defect or damage arising from
production is later detected, the Seller is obliged to notify the Brand manufacturer of the
situation as soon as possible.

**4.3.** The obligation to ensure that the products can be used belongs to the manufacturer.
Therefore, the Seller has no responsibility regarding the delivery or activation of the product.

**4.4.** The Agreement grants the Buyer the exclusive right on the America Amazon site to sell the
LUBLULU brand products listed in Article 2.5 in the stores mentioned in Article 2.6, either to end
customers or to individuals/companies intending to purchase wholesale, i.e., the right to act as
the exclusive main distributor (exclusive dealership authority). Furthermore, under this
agreement, the Seller may not sell or authorize the sale of the brand's products specified herein
to any other person or company. Any individuals or companies making such a request shall be
directed to the Buyer, who has been authorized to sell LUBLULU brand products.

**4.5.** The Buyer may not obtain the LUBLULU brand products specified under this agreement
from any other Seller or Sellers.

## 5. RIGHTS AND OBLIGATIONS OF THE SELLER:

**5.1.** The Seller shall deliver the product subject to this agreement to the shipping company in
accordance with the specifications stated in the order, together with the warranty documents
and user manuals. The Buyer shall confirm whether the products have been delivered to the
shipping company. Upon delivery of the products to the Buyer at the end of the agreed period,
the Buyer has the obligation to check whether the products are defective or damaged and to
verify the quantity of the products within a reasonable period of time determined objectively. The
Buyer must notify the Seller if any defect/damage is detected. The Seller cannot be held liable
for matters that are not notified within a reasonable period following delivery.

**5.2.** The sale of products by the Seller is limited to its own stock. The Seller may refrain from
delivering products that are not in stock and may cancel the order. If the Seller refrains from
delivering the product due to it not being available in stock, the order amount shall be refunded
to the Buyer's account within 3 business days.

**5.3.** The Agreement grants the Buyer the exclusive right, in accordance with Article 7.6 of this agreement, to act as the main distributor (exclusive dealership authority) for the Lubluelu brand products listed in Article 2.5 in the stores mentioned in Article 2.6 on the America Amazon site, and to sell these products either to end customers or to individuals/companies intending to purchase wholesale. Furthermore, under this agreement, the Seller may not sell or authorize the sale of the brand's products specified herein to any other person or company. Any individuals or companies making such a request shall be directed to the Buyer, who has been authorized to sell the Lubluelu brand products specified in the agreement. If the Buyer engages in wholesale sales to individuals or companies, the Seller shall provide the necessary documents regarding the Buyer's authority to conduct wholesale sales of the specified products.

## 6. PROVISIONS REGARDING THE DELIVERY METHOD OF THE PRODUCTS SUBJECT TO THE AGREEMENT TO THE BUYER:

### 6.1. DELIVERY OF THE PRODUCTS

**6.1.1.** The Seller shall prepare the products purchased by the Buyer, which constitute the subject of this Agreement, within one month from the date the Buyer places the order. The delivery of the completed products shall be made to the address below within a maximum of **35 days** if Express cargo is used, or within an average of **70 days** if sea cargo is preferred.

**Delivery Address:**

**6.1.2.** If a specific person is designated for delivery, the product shall be delivered only to this person. If the Buyer does not specify a particular person to whom the product will be delivered, the product shall be delivered to the order address; in this case, the Buyer may not claim from the Seller, under any name or title whatsoever, any right or compensation on the grounds that the product was not received by authorized persons. It shall be deemed that the product has been received directly by an authorized company representative.

**6.1.3.** For the delivery of the product subject to this Agreement to the Buyer, this Agreement must be signed and approved by both the Buyer and the Seller, and the purchase price of the product must be paid by the Buyer into the bank account belonging to the Seller. Once the amount paid by the Buyer has been credited to the Seller's bank account, the Seller shall commence the shipping procedures of the product. If, for any reason, the purchase price is not paid or is canceled in the bank records, the Seller shall be deemed released from the obligation to deliver the product.

**6.1.4.** If the Buyer requests the delivery to be carried out by the Seller, the delivery costs shall be borne by the Buyer. These costs shall be added to the product price during the sale and collected from the Buyer at the time of payment.

**6.1.5.** The Seller shall make every effort to deliver the orders to the Buyer promptly in accordance with available stock and logistical capabilities. However, in cases of stock depletion and similar commercial impossibilities, unexpected events, or force majeure situations legally recognized (such as weather conditions preventing transportation, interruption of transportation, and other extraordinary circumstances), if the Seller cannot deliver the product subject to the agreement within the specified time and/or delivery becomes impossible, the Seller shall immediately notify the Buyer, and the Buyer may, if desired, cancel the order by notifying the Seller in writing.

**6.1.6.** In such a case, the Seller agrees and undertakes to refund the product price paid by the Buyer in full and in cash within 5 business days following the cancellation date. The Seller cannot be held liable for failure to perform or for delayed performance of the contract conditions in such a situation. In this regard, such delays or failures shall not be deemed as default, and no compensation liability shall arise for the Seller due to these circumstances.

**6.1.7.** If, at the time of delivery, the Buyer is not present at the address specified in the agreement, resulting in the product not being delivered to the Buyer or being delivered late, the Seller shall be deemed to have fully and completely performed its obligation. Therefore, any damages arising from the Buyer's failure to take delivery of the product or late delivery, as well as the costs incurred due to the product waiting at the shipping company and/or being returned to the Seller, shall be borne by the Buyer.

**6.1.8.** If, upon the Buyer's request and instruction, delivery of the purchased product is requested by the Seller to a different address other than the Buyer's address, delivery shall be made to the notified address. The Buyer shall be deemed to have accepted such delivery as if it had been delivered to themselves. If the product subject to the Agreement is to be delivered to another person/entity other than the Buyer, the Seller cannot be held responsible if the person/entity to whom delivery is made does not accept the product.

**6.1.9.** Even if delivery is made to the address notified by the Buyer, the invoice of the product shall be issued in the Buyer's name, and the Buyer accepts and declares that they are responsible for the amount of this invoice.

**7- RIGHTS AND OBLIGATIONS OF THE BUYER:**

**7.1.** The Buyer undertakes to place orders for products equal to the amount specified in the agreement within each 3-month (quarterly) period. The price of the products ordered within the quarterly period shall be paid using one of the payment methods specified below.

The contract price shall be paid by Bank transfer/Swift.

If payment is made through a bank channel, the Seller's IBAN shall be used: TR

**7.2.** The Buyer is obliged to inspect the delivered product and immediately notify the Seller in case of defective delivery. The Buyer shall examine the product subject to this Agreement before taking delivery and shall not accept damaged or defective products from the shipping company.

If the Buyer neglects the obligation to inspect and notify, the product shall be deemed to have been delivered free of defects and in full. Hidden defects are an exception to this clause. If any defects become apparent after delivery or during use of the products, the Seller's responsibility shall continue.

If the Buyer detects a defect in the product, they may request the replacement of the defective product(s) with a non-defective equivalent or request a refund of the price of the product(s). However, in the case of a defect, the Buyer accepts and declares that they shall make no claim against the Seller for lost profits or price differences.

**7.3.** The Buyer shall be fully responsible for any legal and criminal liability arising from acting contrary to the provisions of the Law on the Protection of the Consumer No. 6502 and other relevant legal regulations and directives.

**7.4.** This Agreement shall enter into force upon being signed, and the quantities that the Buyer additionally intends to receive under this agreement have been specified in detail below.

B0DFPCHHB3 ==> 70.9 USD price – 700 units Total ==> **49,630 USD**
B0C5D5SZ38 ==> 70.9 USD price – 1500 units Total ==> **106,350 USD**
B0BVPSCHWT ==> 70.9 USD price – 3100 units Total ==> **219,780 USD**
B0C6SPNSC5 ==> 70.9 USD price – 300 units Total ==> **21,270 USD**

Accordingly, the Buyer intends to purchase:

- 1500 units of the product with ASIN number **B0C5D5SZ38** at 70.9 USD each.

- 300 units of the product with ASIN number **B0C6SPNSC5** at 70.9 USD each.

- 700 units of the product with ASIN number **B0DFPCHHB3** at 70.9 USD each.

- 3100 units of the product with ASIN number **B0BVPSCHWT** at 70.9 USD each.

In return for these products, they shall pay a total of **397,030 USD**.

**7.5.**

- The brand allows Amazon Sellers to increase the Amazon listing price up to 7 dollars from the current list price, but competitive pricing compatible with brand positioning must be maintained.

- Sellers must either allocate 10% of the purchase amount of each SKU to Amazon ADVERTISING (PPC) option, or as an alternative promotion strategy, conduct a coupon promotion of 34 dollars.

**7.6.**

- The products have been authorized by the brand to be sold on Amazon at sales prices of 169.99 USD. Monthly sales reports, sponsor reports, and return reports are requested by the company in the first week of each month. The sub-distributor is obliged to deliver these reports before the 7th of each month. Sub-distributors are prohibited from changing normal sales prices at any time for any purpose. If they wish, they may offer a lower price than normal prices through Codes, Prime Deals, or coupons. Prices cannot be lower than the agreed minimum price. Sub-distributors may sell at a price higher than the normal price.

**7.7.** Sub-distributors who cannot meet the sales limit determined by the Distributor and Lubluelu shall lose their sales authorization on Amazon.com. The Distributor shall continue to have the right to sell these SKUs and may appoint a new sub-distributor for sales.

The sub-distributor must keep its account in good condition. The company will request each sub-distributor to send its account health status and performance report at regular intervals.

Sub-distributors must send them within three business days after receiving such requests. Each sub-distributor is responsible for its own Amazon.com seller account. In the event of closure of the listing or the seller account for any reason not originating from the brand, all damages shall be borne by the sub-distributor. The Distributor company and the brand shall have no responsibility whatsoever.

## 9 - WARRANTY

**9.1.** The products subject to this Agreement are under the Seller's warranty against defects arising from production faults for a period of [1] year from the date of delivery.

**9.2.** Defects arising from user errors, accidents, or force majeure are excluded from the warranty coverage.

## 10.  APPLICABLE LAW AND COMPETENT COURT:

This Agreement is subject to the laws of the Republic of Turkiye. It is essential that any disputes that may arise in relation to the Agreement be resolved in a manner that does not harm the relations between the parties.

The parties accept, declare, and undertake that in the event of a dispute, Turkish Law shall apply to the merits and procedure of the dispute. For any disputes arising between the parties, Turkish Law shall apply; in case of dispute, the Istanbul Anatolian Courts and Enforcement Offices shall have jurisdiction.

## 11. NOTIFICATIONS

**11.1.** The parties accept, declare, and undertake that the addresses written in this agreement are their notification addresses. Notifications made to the residence addresses written in this agreement are valid and binding.

**11.2.** All notifications and correspondence shall be made in writing and shall be carried out through a notary, or to the parties' corporate e-mail addresses, or by telegram, or by registered mail with return receipt, or with delivery confirmation.

**11.3.** In case of any change in the addresses specified in this agreement, the parties are obliged to notify the other party in writing as soon as possible. Otherwise, notifications made to the addresses specified in this agreement shall be deemed valid.

## 12. MISCELLANEOUS PROVISIONS

**12.1.** The failure of the parties to exercise any right arising from this agreement, in whole or in part, shall not be interpreted as an explicit or implicit, temporary or permanent waiver of such right.

**12.2.** If the implementation of one or more provisions of this agreement is deemed legally invalid within the framework of relevant laws and regulations, the parties shall, in good faith, take the necessary steps to establish alternative arrangements that are legally acceptable and as close as possible to the provisions of this agreement.

**12.3.** If any provision of this agreement is found to be partially or completely contrary to or inconsistent with the provisions of laws, regulations, or other legislation, such provision shall be considered separately from the agreement, and the agreement shall continue to remain in force and valid together with its other provisions.

**12.4.** The Buyer and the Seller accept, declare, and undertake that they shall not transfer or assign this agreement, in whole or in part, nor the rights, receivables, and obligations arising from this agreement, to third parties.

**12.5.** The annexes of this agreement constitute an integral part of the agreement.

**12.6.** The Buyer may sell equivalent brands of the brand subject to this agreement or may obtain authorization to sell them. With this agreement, no restriction may be imposed on the Buyer's right to sell brands equivalent or non-equivalent to the Lubluelu brand.

## 13. TERM AND ENFORCEMENT OF THE AGREEMENT

This Agreement shall become effective as of the date of execution and shall remain valid for a period of one (1) year thereafter. Unless either Party submits a written request for termination at the end of the one-year term, the Agreement shall automatically continue under the same terms and conditions. Either Party may terminate this Agreement without cause by providing at least one (1) month prior written notice to the other Party. In the event of such termination, the Parties hereby acknowledge, accept, and undertake that no claims for damages or compensation shall be made against each other. The Seller's and the Buyer's rights to terminate this Agreement for just cause, as expressly provided herein, are expressly reserved.

This Agreement has been executed in two copies, signed mutually by the Parties, and one copy has been delivered to each Party.

**BUYER**
 Ömer Seyfettin Saglam [Signature]
 Onur Nakis [Signature]


**SELLER**
 RHL GLOBAL LLC [Signature]

## ÜRÜN SATIŞ VE TEK SATICILIK SÖZLEŞMESİ

### 1.TARAFLAR

1. Bir tarafta 30 N Gould St, STE 4000 Sheridan, WY 82801 adresinde mukim **RHL GLOBAL LLC  (EIN**: 61-2064141) **(Bundan böyle "SATICI" şeklinde anılacaktır.)**; diğer tarafta **SHIPQUICKEXPRESS Harbiye Mah. Askerocağı Cad. Süzer Plaza No:6 İç Kapı No:62, Şişli İstanbul** adresinde mukimdir.
    **(Bundan böyle "ALICI" şeklinde anılacaktır.)** arasında aşağıdaki şartlarda işbu ürün satış ve alt bayilik sözleşmesi (bundan böyle "sözleşme" olarak anılacaktır.) akdedilmiştir.
2. İşbu sözleşmede aksi belirtilmediği ve yine işbu sözleşme metninde öngörülmediği sürece taraflardan her biri müstakilen "*Taraf*", tamamı ise "*Taraflar*" olarak anılacaktır.

Taraflar, serbest iradeleri ile aşağıda belirtilen koşul ve şartlarda anlaşarak işbu sözleşmeyi imza altına almışlardır.

### ALICIYA AİT

**Varsa KEP Adresi    :**

**Telefon          :**  05541237748 / 05435540046

**E-Posta           :**  shipquickexpress@gmail.com

### 2. TERİMLER:

1.RHL GLOBAL LLC : Satıcı (Lubluelu markasının distribütörü, Alıcıya amazon.com Amerika sitesinde satış yapabilme yetkisi veren)

2. **Shipquickexpress** : Alıcı

3. https://www.amazon.com/ : e-ticaret sitesi

4. Lubluelu : https://www.amazon.com/stores/LublueluCordlessVacuum/page/3 3 A 1 6 1 5 6 - 8 0 C C - 4 E D 8 - 8 5 D C - 3 2 2 6 6 8 6 5 E 1 2 3 ? ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto    sayfalarında satılan ürünlerin marka ismi.

5. Asin B0DFPCHHB3 B0C5D5SZ38 B0BVPSCHWT B0C6SPNSC5: Lubluelu markasına ait ürünlerin ASİN numaraları .(Amazon standart identification number)

6. hhttps://www.amazon.com/stores/LublueluCordlessVacuum/page/3 3 A 1 6 1 5 6 - 8 0 C C - 4 E D 8 - 8 5 D C - 3 2 2 6 6 8 6 5 E 1 2 3 ? ref_=ast_bln&store_ref=bl_ast_dp_brandLogo_sto    : Sözleşmenin 2.5. maddesinde yer alan numaralı ürünlerin satışının yapıldığı https://www.amazon.com/ sayfasının linki.

7. mağaza adı : **B0DFPCHHB3**

8.     **B0C5D5SZ38 ( AllGoods Lane – Seller ID** : **A1DTR26EY1010E)**

9.     **B0BVPSCHWT**

10.    **B0C6SPNSC5( Splenor LLC - Seller ID; A3MBXR9225J40Q)** asinli ürünlerin satışını yapacak Amazon mağaza ismi.

## 3. SÖZLEŞMENİN KONUSU:

**3.1.**    İşbu Sözleşmenin konusu, Satıcı'nın online satış yetkisine sahip olduğu Lubluelu markasının sözleşmede belirlenen miktarda ürünlerinin Alıcı'ya satılması ve Alıcı'ya Lubluelu markasının Amerika Amazon sitesinde **B0DFPCHHB3 B0C5D5SZ38 B0BVPSCHWT B0C6SPNSC5** asin numaralı ürünlerinin Amerika Amazon sitesinde tek satıcılık yetkisinin
(münhasıran ana bayilik yetkisinin) verilmesi ile alıcının işbu sözleşmede belirtilen miktarda ürün almayı istemesi ve ürünlerin bedelinin satıcıya ödenmesi ve siparişi verilen ürünlerin teslimi ile ilgili olarak, Tarafların karşılıklı hak ve yükümlülüklerinin belirlenmesidir.

## 4.SÖZLEŞMENİN KAPSAMI

**4. 1**.İşbu sözleşme; Lubluelu markasının asin bazında Alıcıya tek satıcılık yetkisinin verilmesini, sözleşmede belirlenen miktarda ürün alımını, ürün bedelini, ödeme şeklini, ifa zamanını, ayıba karşı tekeffül hükümlerini, temerrüt ve uyuşmazlık halinde uygulanacak hükümleri kapsamaktadır.

**4.1.**    İşbu sözleşmede Satıcı ve Alıcı, ürünün üretimden kaynaklı ayıplı veya hasarlı hallerinde müşteri nezdinde birlikte sorumluluk altındadır. Satıcı, üründe üretimden dolayı sonradan farkedilebilecek ayıp veya hasarın tespit edilmesi halinde Markanın üreticisine durumu  en kısa sürede bildirmekle yükümlüdür.

**4.    3.**Ürünlerin kullanılmasının sağlanması yükümlülüğü üreticiye aittir. Dolayısıyla ürünün teslimine veya aktifleştirilmesine ilişkin satıcının bir sorumluluğu bulunmamaktadır.

**4.4.**    Sözleşme, Alıcı'ya **LUBLUELU** markasının Amerika Amazon sitesinde yukarıda 2.6. maddede bahsedilen mağazalarda 2.5. maddede yazılı ürünlerinin nihai müşterisine veya toptan satın almak isteyen kişilere/firmalara satış yapabilme yani münhasıran ana bayi (tek satıcılık yetkisi) hakkı vermektedir. Ayrıca satıcı işbu sözleşme kapsamında belirlenen markanın ürünlerini başka bir kişiye veya firmaya satamaz veya satış

yetkisi veremez. Bu taleple gelen kişi veya firmaları **LUBLUELU** markasının ürünlerinin satış yetkisi verdiği alıcıya yönlendirecektir.

**4.5.**    Alıcı sözleşme kapsamında belirlenen **LUBLUELU** markasının ürünlerini başka Satıcı veya Satıcılardan temin edemez.

## 5- SATICI'NIN HAK VE YÜKÜMLÜLÜKLERİ:

**5.1.** Satıcı, sözleşme konusu ürünü siparişte belirtilen niteliklere uygun olarak ve garanti belgeleri ve kullanım kılavuzları ile kargo firmasına teslim eder. Alıcı, ürünlerin kargo firmasına teslim edilmesi ile birlikte ürünlerin kargoda olup olmadığını teyit eder. Tarafların anlaştığı süre sonunda ürünler Alıcı'ya teslim edildiğinde Alıcı'nın ürünlerin ayıplı veya hasarlı olup olmadığını kontrol etme ve ürünlerin miktarı ile orantılı olarak belirlenecek makul süre içinde ürünlerin kontrol edilmesi ve varsa ayıp/hasarın Satıcı'ya bildirilmesi yükümlülüğü vardır. Bu gibi hususların, teslimden itibaren makul süre içinde Satıcı'ya bildirilmeyen hallerden Satıcı sorumlu tutulamaz.

**5.2.** Satıcı tarafından yapılan ürün satışı kendi stokları ile sınırlıdır. Satıcı stokta bulunmayan ürünlerin teslimatını yapmaktan imtina edebilir, siparişi iptal edebilir. Satıcı stoğunda ürün bulunmamasından dolayı ürün teslimatını yapmaktan imtina ederse sipariş tutarını Alıcı'nın hesabına 3 iş günü içinde iade eder.

**5.3.** Sözleşme, Alıcı'ya Lublulu markasının Amerika Amazon sitesinde yukarıda 2.6. maddede bahsedilen mağazalarda 2.5. maddede yazılı ürünlerinin nihai müşterisine veya toptan satın almak isteyen kişilere/firmalara satış yapabilme yani münhasıran ana bayi (tek satıcılık yetkisi) hakkını işbu sözleşmede yer alan 7.6. madde doğrultusunda vermektedir. Ayrıca satıcı işbu sözleşme kapsamında belirlenen markanın ürünlerini başka bir kişiye veya firmaya satamaz veya satış yetkisi veremez. Bu taleple gelen kişi veya firmaları Lublulu markasının sözleşmede belirlenen ürünlerinin satış yetkisi verdiği alıcıya yönlendirecektir. Alıcı, kişi veya firmalara toptan satış yaptığında, toptan ürün satın alan kişi veya firmalara ürünlerin satışını yapabilme yetkisi ile ilgili Satıcı, ilgili belgeleri temin edecektir.

## 6- SÖZLEŞME KONUSU ÜRÜNÜN ALICIYA TESLİM USULÜNE İLİŞKİN DÜZENLEMELER:

### 6.1. ÜRÜNLERİN TESLİMATI

**6.1.1.**    Satıcı bu Sözleşmenin konusunu teşkil eden ve Alıcı tarafından satın alınan ürünleri siparişinin verildiği tarihten itibaren bir ayın sonunda hazır edecek, üretimi tamamlanan ürünlerin teslimatı aşağıdaki adrese Express kargo kullanılırsa maksimum **35 gün**, deniz yolu kargoyu tercih ederse ortalama **70 gün** içinde teslim edilecektir.

**Teslimat Adresi       :**

6.1.2.      Teslim edilecek kişinin özel olarak tayin edilmesi halinde, ürün teslimatı yalnızca bu kişiye gerçekleştirilir. Alıcı tarafından ürünün teslim edileceği kişinin özel olarak belirtilmemesi halinde ürün, sipariş adresinde teslim edilecek olup; Alıcı, bu durumda ürünün yetkili kişilerce teslim alınmadığını ileri sürerek Satıcı'dan her ne nam altında olursa olsun herhangi bir hak ve alacak talebinde bulunamaz. Ürünü bizzat şirket yetkilisi teslim almış olarak kabul edilecektir.

6.1.3.      Sözleşme konusu ürünün Alıcı'ya teslim edilmesi için bu sözleşmenin Alıcı ve Satıcı tarafından imzalanıp onaylanarak akdedilmesi ve satın alınacak ürün bedelinin Alıcı tarafından Satıcı'ya ait olan banka hesabına yapılması şarttır. Alıcının satıcının hesabına ödemiş olduğu ürün bedeli satıcının hesabına geçtikten sonra satıcı ürünü kargolama işlemlerini başlatacaktır. Herhangi bir nedenle ürün bedeli ödenmez veya banka kayıtlarında iptal edilir ise, Satıcı ürünün teslimi yükümlülüğünden kurtulmuş kabul edilir.

6.1.4.      Alıcı, teslimatın satıcı tarafından yapılmasını talep ederse teslimat masrafları Alıcı`ya aittir. Bu masraflar, ürün satışı esnasında ürün fiyatına ilave edilerek ödeme esnasında Alıcı'dan tahsil edilir.

6.1.5.      Satıcı, verilen siparişlerin mevcut stok ve lojistik imkânlarına göre hızlı bir şekilde Alıcı'ya teslimini gerçekleştirmek için azami çaba gösterir. Ancak Satıcı, stok tükenmesi ve benzeri ticari imkânsızlık halleri, beklenmeyen haller, hukuken mücbir sebep sayılan durumlar veya nakliyeyi engelleyen hava muhalefeti, ulaşımın kesilmesi gibi olağanüstü haller nedeni ile sözleşme konusu ürünü süresi içinde teslim edemez ve/veya ürün teslimi imkânsız hale gelir ise, durumu derhal Alıcı`ya bildirir ve Alıcı dilerse yazılı bir şekilde Satıcıya bildirmek kaydıyla siparişini iptal edebilir.

6.1.6.      Bu durumda Satıcı;  Alıcı'nın ödemiş olduğu ürün bedelini iptal tarihini takip eden 5 iş günü içerisinde nakden ve defaten ödemeyi kabul ve taahhüt eder. Satıcı, böyle bir durumda sözleşme koşullarını geç ifa etmekten veya ifa etmemekten dolayı sorumlu tutulamaz. Bu ve bunun gibi durumlar, Satıcı bakımında, gecikme veya ifa etmeme veya temerrüt olarak addedilmeyecek veya bu durumlar için Satıcı'nın herhangi bir tazminat yükümlülüğü doğmayacaktır.

6.1.7.      Teslim anında Alıcı'nın sözleşmede belirlenen adresinde bulunmaması durumunda ürünün Alıcı'ya teslim edilememesi veya geç teslim edilmesi halinde; Satıcı, edimini tam ve eksiksiz yerine getirmiş olarak kabul edilecektir. Bu nedenle, Alıcı'nın ürünü teslim almamasından veya geç teslim almasından kaynaklanan her türlü zarar ile ürünün kargo şirketinde beklemiş

olması ve/veya kargonun satıcıya iade edilmesinden dolayı da oluşan giderler Alıcı'ya ait olacaktır.

**6.1.8.**    Alıcı'nın talep ve talimatı ile satın alınan ürünün Satıcı tarafından Alıcı adresinden farklı bir adrese teslimi talep edilir ise, ürün teslimi bildirilen bu adrese gerçekleştirilir. Alıcı bu şekilde yapılmış olan teslimatı kendisine teslim yapılmış gibi kabul eder. Sözleşme konusu ürün, Alıcı'dan başka bir kişi/kuruluşa teslim edilecek ise, teslim edilecek kişi/kuruluşun teslimatı kabul etmemesinden Satıcı sorumlu tutulamaz.

**6.1.9.**    Teslimat Alıcı tarafından bildirilen adrese yapıldığı hallerde dahi, ürün faturası Alıcı adına kesilir ve Alıcı iş bu fatura bedelinden sorumlu olduğunu kabul ve beyan eder.

## 7- ALICININ HAK VE YÜKÜMLÜLÜKLERİ:

**7.1.** Alıcı 3 aylık (çeyrek) dönem içinde sözleşmede belirlenen bedel kadar ürün sipariş vereceğini taahhüt eder. Çeyrek dönem içinde sipariş verilen ürün bedeli, aşağıda belirtilen ödeme yöntemlerinden biri ile yapılacaktır.

**Sözleşme bedeli Banka havalesi/ Swift olarak ödenecektir.**

**Ödeme banka kanalı ile yapılacak ise satıcıya ait İBAN: TR**

**7.2.** Alıcının teslim edilen ürünü kontrol etme ve malın ayıplı teslimi halinde satıcıya derhal bildirimde bulunma yükümlülüğü bulunmaktadır. Alıcı, sözleşme konusu ürünü teslim almadan önce muayene edecek hasarlı ve ayıplı ürünü kargo şirketinden teslim almayacaktır.

Alıcı gözden geçirme ve bildirim yükümlülüklerini ihmal ettiği takdirde ürünü hasardan ari ve ayıpsız, tam ve eksiksiz olarak teslim edildiğini kabul etmiş sayılır. Gizli ayıp halleri bu maddenin istisnasıdır. Ürünlerin tesliminden sonra veya ürünlerin kullanılması ile birlikte ortaya çıkan ayıp/ayıpların olması halinde Satıcı'nın sorumluluğu devam eder.

Alıcı, üründe ayıp tespit edilmesi durumunda ürünün/ürünlerin ayıpsız misli ile değiştirilmesini veya ürünün/ürünlerin ücretinin Alıcı'ya iade edilmesini talep edebilir. Ancak ayıbın varlığı halinde Alıcı, Satıcı'dan mahrum kalınan kar ve fiyat farkı taleplerinde bulunmayacağını kabul ve beyan eder.

**7.3.** Alıcı'nın 6502 sayılı Tüketicinin Korunması Hakkında Kanun'a ve ilgili sair yasal mevzuat ve yönetmelik hükümlerine aykırı davranması nedeniyle oluşacak hukuki ve cezai sorumluluk tümüyle kendisine aittir.

**7.4.** Sözleşme imza altına alındığı anda yürürlüğe girerek Alıcı yana sözleşme kapsamında almayı istediği miktarlar aşağıda detaylıca belirtilmiştir.

B0DFPCHHB3 ==> -70,9 USD fiyat- 700 Adet Toplam==>**49.630 USD**

B0C5D5SZ38 ==> 70,9 USD fiyat- 1500 Adet Toplam==>**106.350 USD**

B0BVPSCHWT==> 70,9 USD fiyat - 3100 adet toplam ==> **219.780 USD**

B0C6SPNSC5 ==> 70,9 USD fiyat- 300 Adet Toplam==>**21.270 USD**
Buna göre Alıcı, , **B0C5D5SZ38** asin numaralı üründen tanesi **70,9** usd tutarla toplam **1500**
adet, **B0C6SPNSC5** asin numaralı üründen tanesi **70,9 usd** tutarla toplam **300** adet,
B0DFPCHHB3 asin numaralı üründen tanesi **70,9** usd tutarla toplam **700** adet, B0BVPSCHWT
asin numaralı üründen tanesi **70,9** usd tutarla toplam **3100** adet satın almak istemektedir. Bu
ürünler karşılığı toplam **397.030 usd** ücret ödeyeceklerdir.

**7.5.**      ● Marka; Mevcut liste fiyatından, Amazon Satıcılarının Amazon listeleme fiyatını 7
dolara kadar Artırmasına izin verir, ancak marka konumlandırmasıyla uyumlu
rekabetçi fiyatlandırma sürdürülmelidir.

● Satıcılar, her bir sku'nun satın alma tutarının% 10'unu Amazon'a REKLAM ( PPC )
seçeneğine sahiptir veya alternatif bir promosyon stratejisi olarak 34 dolarlık bir
kupon tanıtımı yapmalıdır.

**7.6.**● Ürünlerin amazon satış fiyatları 169.99 USD olarak marka tarafından satışına izin
verilmiştir. Aylık satış raporu, sponsor raporu ve iade raporu her ayın ilk
haftasında şirket tarafından talep edilir. Alt bayi bu raporları her ayın 7'sinden
önce teslim etmek zorundadır. Alt bayilerin herhangi bir zamanda herhangi bir
amaçla normal saRş fiyatlarını değiştirmeleri yasaktır. İstedikleri takdirde normal
fiyatlardan daha düşük bir fiyat sunmak için Kodlar, Prime Fırsatları veya kuponlar
sunabilirler.  Fiyatlar, üzerinde anlaşılan en düşük fiyattan daha düşük olamaz. Alt
bayiler normal fiyattan daha yüksek bir fiyata satış yapabilirler.

**7.7.**Distribütör ve Lubluelu tarafından belirlenen satış limitini karşılayamayan alt
bayiler Amazon.com'daki satış yetkilerini kaybedeceklerdir.  Distribütör bu SKU'ları
satma haklarına sahip olmaya devam edecek ve satış için yeni bir alt bayi
atayabilecektir.
Alt bayi hesabını sağlıklı durumda tutmalıdır. Şirket, her alt bayiden hesabının sağlık
durumunu ve performans bildirimini belirli aralıklarla göndermesini isteyecektir. Alt bayiler,
talepleri aldıktan sonra üç iş günü içinde göndermelidir. Her alt bayi kendi Amazon.com satıcı
hesabından sorumludur. Markadan kaynaklanmayan herhangi bir sebepten listenin veya
satıcı hesabının kapanması durumunda tüm zararlar alt bayi tarafından karşılanacaktır.
Distribütör firmanın ve markanın herhangi bir sorumluluğu yoktur.

## 9 -GARANTİ

**9.1.**    Sözleşme konusu ürünler üretim hatalarından doğabilecek arızalara karşı, teslim
tarihinden itibaren [1] yıl süre ile Satıcı'nın garantisi altındadır.

**9.2.**    Kullanıcı hatalarından, kaza sonucu veya mücbir sebeplerden oluşabilecek arızalar
garanti kapsamı dışındadır.

## 10-UYGULANACAK HUKUK VE YETKİLİ MAHKEME:

İşbu sözleşme Türkiye Cumhuriyeti Kanunlarına tabidir. Sözleşmeyle ilgili olarak ortaya çıkabilecek ihtilafların taraflar arasındaki ilişkilere zarar vermeyecek şekilde çözümlenmesi esastır.

Taraflar, ihtilaf durumunda uyuşmazlığın esasına ve usulüne Türk Hukuku uygulanacağını kabul, beyan ve taahhüt ederler. Taraflar arasında vuku bulacak her türlü uyuşmazlığa Türk hukuku uygulanacak olup; uyuşmazlık halinde İstanbul Anadolu Mahkemeleri ve İcra Daireleri yetkilidir.

## 11. TEBLİGAT

**11.1.** Taraflar işbu sözleşmede yazılı bulunan adreslerinin tebligat adresi olduğunu kabul, beyan ve taahhüt eder. Bu sözleşmede yazılı ikametgâh adreslerine yapılan tebligatlar geçerlidir ve hüküm doğurur.

**11.2.** Bütün tebligat ve yazışmalar yazılı şekilde olacak ve noter marifetiyle veya tarafların kurumsal e-posta adreslerine veya telgraf veya iadeli taahhütlü mektup veya alındı belgeli olarak yapılacaktır.

**10.3.** İşbu sözleşmede belirtilen adreslerde değişiklik olması halinde, taraflar değişikliği mümkün olan en kısa süre içerisinde yazılı olarak diğer Tarafa bildirmekle yükümlüdürler. Aksi takdirde sözleşmede belirtilen adreslere yapılan tebligatlar geçerli sayılacaktır.

## 12. DİĞER HÜKÜMLER

**12.1.** Tarafların işbu sözleşmeden doğan herhangi bir hakkını kısmen veya tamamen kullanmaması, söz konusu hakkını kullanmaktan açık veya örtülü, geçici veya sürekli olarak vazgeçtiği şeklinde yorumlanamaz.

**12.2.** İşbu sözleşmenin bir veya daha fazla hükmünün uygulanması, ilgili kanun ve yönetmelikler çerçevesinde hukuka aykırı olduğu takdirde, taraflar kanuni açıdan kabul edilebilecek ve sözleşmenin söz konusu hükmüne mümkün olduğu kadar yakın hükümler getiren alternatif düzenlemeler yapabilmek amacıyla iyiniyet çerçevesinde gerekli teşebbüslerde bulunacaklardır.

**12. 3.** İşbu sözleşmenin herhangi bir hükmünün kanun, yönetmelik veya sair mevzuat hükümlerine kısmen veya tamamen aykırı ya da uyumsuz olması halinde söz konusu hüküm sözleşmeden ayrı mütalaa edilecek ve sözleşme diğer hükümleri ile birlikte yürürlükte kalmaya ve geçerli olmaya devam edecektir.

**12.4.** Alıcı ve Satıcı, işbu sözleşmeyi tamamen veya kısmen ve işbu sözleşmeden doğan hak, alacak ve yükümlülüklerini üçüncü kişilere devir ve temlik edemeyeceğini kabul, beyan ve taahhüt eder.

**12.5.** İşbu sözleşmelerin ekleri sözleşmenin ayrılmaz parçası niteliğindedir.

**12.6.** Alıcı, işbu sözleşme konusu markanın muadili markaların satışını yapabilir veya satış yapma yetkisi alabilir. İşbu sözleşme ile Alıcının **Lubluelu** markasına muadil olan veya olmayan markaların satışını yapabilme hakkına herhangi bir kısıtlama getirilemez.

## 13. SÖZLEŞMENİN SÜRESİ VE YÜRÜRLÜK

İşbu sözleşme imza tarihinde yürürlüğe girecek olup bu tarihten itibaren 1 (bir) yıl süre ile geçerliliğini koruyacaktır. Bir yılın sonunda tarafların sözleşmenin sona erdirilmesi yönünde yazılı talepleri olmadıkça sözleşme işbu hükümlerle devam edecektir. Taraflar sebep göstermeksizin en az bir ay önceden yazılı bildirimde bulunmak koşuluyla feshedebilir. Bu fesih

neticesinde taraflar birbirinden herhangi bir zarar tazmininde bulunmayacağını kabul ve taahhüt eder. Satıcının ve Alıcının sözleşmede öngörülen haklı nedenle fesih sebepleri saklıdır.

İş bu sözleşme iki nüsha olarak düzenlenmiş olup, taraflarca karşılıklı imza altına alınarak ve her tarafa birer suret teslim edilmiştir.

      **ALICI**                                        **SATICI**

**ÖMER SEYFETTİN SAĞLAM**               **RHL GLOBAL LLC**

**ONUR NAKIŞ**

# EXHIBIT 3

**EXCLUSIVE AMAZON ASIN DISTRIBUTION AGREEMENT**

**This Exclusive Amazon ASIN Distribution Agreement ("Agreement") is entered into as of the Effective Date by and between :**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler."
2. **ShipQuick Express**, a company registered in Turkey, with its principal place of business at Harbiye Mah. Askerocağı Cad. Süzer Plaza No:6 İç Kapı No:62, Şişli, Istanbul, hereinafter referred to as the "Distributor."

**WHEREAS:**

- The Distributor is an authorized distributor for **Lubluelu** and has the rights to distribute certain products under the brand.
- The Wholesaler intends to acquire the exclusive rights to distribute specific ASINs for sale on Amazon.com ("Amazon USA") and sell those rights to third-party Amazon sellers ("Amazon Sellers").
- The Amazon Sellers who purchase ASIN rights from the Wholesaler shall have exclusive authorization to sell those ASINs on Amazon USA under the conditions set forth in this Agreement.
- The Parties desire to set forth their rights, obligations, and conditions governing their business relationship.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

## 1. DEFINITIONS

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Sellers** - Third-party sellers who purchase exclusive ASIN distribution rights from the Wholesaler. 1.3 **Exclusive Distribution Rights** - The rights granted by the Distributor to the Wholesaler for the distribution and resale of specific ASINs on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Brand and Distributor to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties.

---

## 2.  GRANT OF EXCLUSIVE DISTRIBUTION RIGHTS (_____)

2.1  The Distributor grants the Wholesaler exclusive distribution rights to the following ASINs:

- ASIN: B0BVPSCHWT

2.2 The Wholesaler shall have the right to resell these exclusive ASIN distribution rights to Amazon Sellers under the terms of this Agreement.

2.3 The Distributor shall not sell, distribute, or authorize any other party to distribute or sell the above ASINs on Amazon, other than the Amazon Sellers authorized by the Wholesaler.

2.4 The Wholesaler shall provide a list of Amazon Sellers authorized to sell the ASINs to the Distributor.

2.5 The Distributor  shall ensure the removal of any existing sellers on the listing, including Amazon itself.

2.6 The Amazon Seller may add or replace up to three (3) Amazon accounts of their choice to be registered under the Brand Registry and authorized to sell the ASIN. At any given time, only accounts designated by the Amazon Seller shall be permitted to list or sell the ASIN. The Seller shall be limited to making no more than three (3) account changes within each one-year period, commencing from the effective date of this contract. All proposed account changes must be submitted to the Wholesaler for approval at least forty (40) days prior to the placement of the next order, and such changes shall not be implemented without the Wholesaler's written consent.

2.7 If, at the conclusion of a six (6) month evaluation period from the commencement date of this agreement, monthly sales for the specified ASIN fall below 650 units, the Amazon Seller shall have the option to terminate this agreement prematurely. To exercise this termination option, the Seller must provide written notice of intent to terminate to both the Wholesaler and the Brand at least forty (40) days in advance of the intended termination date.

2.8 If monthly sales meet or exceed the threshold of 650 units by the conclusion of the six-month evaluation period, the Amazon Seller shall be obligated to fulfill the entire annual term without further opportunity for early termination under this clause.

---

## 3. RESPONSIBILITIES OF THE PARTIES (_____)

### 3.1 Responsibilities of the Distributor

3.1.1 Ensure that all products supplied to the Wholesaler comply with brand quality standards and regulatory requirements.

3.1.2 Provide necessary brand authorization and documentation to enable the Amazon Sellers to sell the ASINs exclusively on Amazon.

3.1.3 Notify the Wholesaler of any changes in brand policies that may affect product distribution or listing on Amazon.

3.1.4 Cover all shipping costs, including transportation to Amazon Fulfillment Centers, handling, and preparation costs.

3.1.5 The distributor with the brand is responsible for any warranty claims and costs accumulated by the Amazon seller with any warranty claims.

3.1.6 The Distributor shall provide the following warranty lengths for each product:

- ASIN: B0BVPSCHWT – Warranty Length: 12 months

3.1.7 In case of a warranty claim, the Brand and the Distributor are jointly responsible for resolving the claim within fifteen (15) business days from the date of notification.

3.1.8 Failure to ship brand quality standards product within the agreed-upon timeline, resolve warranty claims, within the specified time period will result in breach of contract.

3.1.9 The warranty coverage details for each product are provided in Appendix C of this Agreement.

3.1.10 The Distributor will always have to request the shipment details of each shipment from the wholesaler.

3.1.7 The Distributors agrees to assist in removing unauthorized sellers from the Amazon listing for the ASIN.

3.1.8 The Distributors guarantees that the brand will not initiate any intellectual property (IP) claims against the Amazon Seller for the duration of this contract.

**3.2 Responsibilities of the Wholesaler**

3.2.1 Ensure that only verified Amazon Sellers who comply with Amazon's policies and the Brand Guidelines receive the exclusive ASIN distribution rights.

3.2.2 Monitor and enforce compliance among Amazon Sellers to ensure adherence to the Brand Guidelines.

3.2.3 Maintain records of all Amazon Sellers authorized under this Agreement and provide periodic reports that will be received from the Amazon sellers to the Distributor.

3.2.4 Facilitate purchases every 3 months from Amazon Sellers as per their exclusive ASIN rights and ensure that sales records and compliance reports are submitted monthly.

## 4. OBLIGATIONS OF AMAZON SELLERS (_____)

4.1 Amazon Sellers must adhere to all Brand Guidelines provided by the Distributor and Wholesaler.

4.2 Amazon Sellers must not engage in any unauthorized sales, including reselling the ASIN distribution rights to other parties without written approval.

4.3 Amazon Sellers must invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

4.4 Amazon Sellers failing to meet their minimum purchase obligations every 3 months totaling 4 purchases within the year of starting the contract may be subject to revocation of their exclusive ASIN rights.

4.5 Failure to comply with Brand Guidelines may result in the revocation of the exclusive distribution rights.

4.6 The Amazon Sellers are requested to provide shipping details to the wholesaler in a timely manner.

## 5. NON-DISCLOSURE AND CONFIDENTIALITY (_____)

5.1 The Parties agree to keep confidential any business, financial, or technical information obtained under this Agreement.

5.2 The Wholesaler shall ensure that all Amazon Sellers sign a separate Non-Disclosure Agreement (NDA) to protect proprietary information.

5.3 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

### 5.4 Non-Disclosure Agreement (NDA)

- Both Parties agree not to disclose, share, or misuse any proprietary or sensitive information shared during the course of this Agreement.
- Amazon Sellers must also sign an NDA before gaining access to the brand authorization and exclusive ASIN rights.
- Any breach of confidentiality will result in legal action and potential financial damages.

## 6. TERM AND TERMINATION (_____)

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal for additional one-year terms unless terminated by either Party with thirty (30) days' prior written notice.

6.2 Either Party may terminate this Agreement if the other Party materially breaches any of its obligations and fails to remedy such breach within fifteen (15) days of receiving written notice.

## 7. MISCELLANEOUS (_____)

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of Turkey.

8.2 **Assignment** - Neither Party may assign or transfer their rights under this Agreement without prior written consent.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

## 8. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC
By: _____
Name: _____
Title: _____
Date: _____

**DISTRIBUTOR:**
ShipQuick Express
By: _____
Name: _____
Title: _____
Date: _____

**APPENDICES:**

- Appendix A: Brand Guidelines (Distributor)
- Appendix B: Product Descriptions (Distributor)
- Appendix C: Brand Warranty Documents (Distributor)
- Appendix D: Authorized Amazon Sellers List (Wholesaler)

Appendix A

# BRAND GUIDELINES

This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of both the Distributor and Amazon Sellers when selling Lubluelu products on Amazon.

---

## 1. RESPONSIBILITIES OF THE DISTRIBUTOR

### 1.1 Product Delivery and Documentation

- The Distributor shall deliver the products in accordance with the order specifications, including warranty documents and user manuals, to the designated shipping company.
- All shipments must be made directly from the brand's manufacturing plant to Amazon Fulfillment Centers, with proper shipping addresses provided by the Wholesaler.

### 1.2 Stock Availability and Order Cancellation

- Product sales are subject to available stock. In the event of stock unavailability, the Distributor reserves the right to cancel the order and refund the payment within three (3) business days.
- The Distributor must notify the Wholesaler promptly if a product goes out of stock to allow for proper inventory management and communication with Amazon Sellers.

### 1.3 Quality and Compliance

- The Distributor shall ensure that all products comply with brand quality standards and regulatory requirements.
- Any changes in brand policies, product specifications, or compliance requirements must be communicated to the Wholesaler within five (15) business days of implementation.

### 1.4 Warranty and Support

- The Distributor shall provide warranty documents as specified in the Agreement and support Amazon Sellers in resolving warranty claims in accordance with the stipulated timelines.
- Warranty claims must be resolved within fifteen (15) business days, failing which fines amounting to three (3) times the cost of damages will be incurred.

---

## 2. RESPONSIBILITIES OF AMAZON SELLERS

### 2.1 Brand Representation and Marketing

- Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.
- Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.

## 2.2 Pricing and Promotion

- Amazon Sellers are permitted to adjust the Amazon listing price by up to $7, but must maintain competitive pricing that aligns with brand positioning.
- Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

## 2.3 Customer Service and Reviews

- Amazon Sellers must provide customer service, including prompt communication and resolution of customer inquiries.
- Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.

## 2.4 Inventory Management and Returns

- Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.
- Sellers are responsible for managing returns in accordance with Amazon's return policies, with support from the Distributor for warranty claims.

## 2.5 Compliance and Reporting

- Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.
- Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.
- Failure to submit the required reports may result in the revocation of exclusive ASIN rights.

---

# 3. ENFORCEMENT AND COMPLIANCE MONITORING

## 3.1 Compliance Monitoring

- The Wholesaler will monitor compliance with the Brand Guidelines and report any violations to the Distributor.
- The Distributor and Wholesaler will work together to enforce compliance and maintain the integrity of the brand on Amazon.

3.2 **Penalties for Non-Compliance**

- Non-compliance with Brand Guidelines may result in the revocation of exclusive ASIN rights.
- Repeated violations may lead to termination of the Agreement and potential legal action.

3.3 **Dispute Resolution**

- Any disputes arising from non-compliance shall be resolved through the dispute resolution mechanism outlined in the Agreement.

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be adhered to by all Parties involved.**

Appendix B

## Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCT(S)

**Product Amazon Name:** <span style="color:red">Lubluelu Cordless Vacuum Cleaner,25000Pa Cordless Stick Vacuum with 235W Brushless Motor, 50min Runtime, Detachable Battery, Self-Standing Vacuum for Hard Floor, Carpet, Pet Hair</span>
**Product ASIN:** <span style="color:red">B0BVPSCHWT</span>
**Product UPC:** <span style="color:red">774882495222</span>
**Product Code:** <span style="color:red">MODEL 202</span>
**Product Condition:** <span style="color:red">NEW</span>
**Product Quantity:** <span style="color:red">3100</span>



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

Appendix C

**Brand Warranty Coverage**

This Appendix outlines the warranty terms applicable to all products distributed under the Lubluelu brand, as specified in the Exclusive Amazon ASIN Distribution Agreement.

---

## 1. WARRANTY COVERAGE

1.1 The Distributor guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.

1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.

## 2. TERMS OF WARRANTY

2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Distributor.

2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.

## 3. EXCLUSIONS

3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.

## 4. WARRANTY CLAIM PROCESS

4.1 To initiate a warranty claim, consumers must contact authorized Amazon Sellers with proof of purchase and a detailed description of the issue.

4.2 Amazon Sellers are responsible for forwarding warranty claims to the Distributor, who will coordinate with the Brand to resolve the claim within fifteen (15) business days.

## 5. DISTRIBUTOR AND BRAND RESPONSIBILITIES

5.1 The Distributor, in collaboration with the Brand, is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.

5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.

**This Appendix is a critical component of the Agreement and must be adhered to by all
Parties involved to ensure compliance and customer satisfaction.**

Appendix D

## AUTHORIZED AMAZON SELLERS LIST

This Appendix provides a list of all authorized Amazon Sellers who have acquired exclusive ASIN distribution rights under this Agreement. The list shall be maintained by the Wholesaler and shared with the Distributor as needed.

| Seller ID | Storefront Name | Authorized ASINs | Date of Authorization | Status |
|-----------|-----------------|------------------|-----------------------|--------|
|           |                 |                  |                       |        |
|           |                 |                  |                       |        |
|           |                 |                  |                       |        |
|           |                 |                  |                       |        |

## EXPLANATION OF FIELDS

- **Seller ID:** Unique identifier for each Amazon Seller.
- **Storefront Name:** The official name of the Amazon storefront authorized to sell the ASINs.
- **Authorized ASINs:** List of ASINs the seller is authorized to sell.
- **Date of Authorization:** The date the exclusive ASIN rights were granted.
- **Status:** The current status of the authorization (e.g., Active, Inactive, Revoked).

## NOTES

- This list shall be reviewed and updated quarterly to ensure accuracy and compliance.
- The Wholesaler is responsible for notifying the Distributor of any changes in the list.

**EXCLUSIVE AMAZON ASIN DISTRIBUTION AGREEMENT**

**This Exclusive Amazon ASIN Distribution Agreement ("Agreement") is entered into as of the Effective Date by and between: (** _OSON_ **)**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler."
2. **ShipQuick Express**, a company registered in Turkey, with its principal place of business at Harbiye Mah. Askerocağı Cad. Süzer Plaza No:6 İç Kapı No:62, Şişli, Istanbul, hereinafter referred to as the "Distributor."

**WHEREAS:**

- The Distributor is an authorized distributor for **Lubluelu** and has the rights to distribute certain products under the brand.
- The Wholesaler intends to acquire the exclusive rights to distribute specific ASINs for sale on Amazon.com ("Amazon USA") and sell those rights to third-party Amazon sellers ("Amazon Sellers").
- The Amazon Sellers who purchase ASIN rights from the Wholesaler shall have exclusive authorization to sell those ASINs on Amazon USA under the conditions set forth in this Agreement.
- The Parties desire to set forth their rights, obligations, and conditions governing their business relationship.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

# 1. DEFINITIONS

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Sellers** - Third-party sellers who purchase exclusive ASIN distribution rights from the Wholesaler. 1.3 **Exclusive Distribution Rights** - The rights granted by the Distributor to the Wholesaler for the distribution and resale of specific ASINs on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Brand and Distributor to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties.

---

## 2.  GRANT OF EXCLUSIVE DISTRIBUTION RIGHTS (_OSON_)

2.1  The Distributor grants the Wholesaler exclusive distribution rights to the following ASINs:

- ASIN: B0C5D5SZ38

2.2 The Wholesaler shall have the right to resell these exclusive ASIN distribution rights to Amazon Sellers under the terms of this Agreement.

2.3 The Distributor shall not sell, distribute, or authorize any other party to distribute or sell the above ASINs on Amazon, other than the Amazon Sellers authorized by the Wholesaler.

2.4 The Wholesaler shall provide a list of Amazon Sellers authorized to sell the ASINs to the Distributor.

## 3. RESPONSIBILITIES OF THE PARTIES (_OSON_)

### 3.1 Responsibilities of the Distributor

3.1.1 Ensure that all products supplied to the Wholesaler comply with brand quality standards and regulatory requirements.

3.1.2 Provide necessary brand authorization and documentation to enable the Amazon Sellers to sell the ASINs exclusively on Amazon.

3.1.3 Notify the Wholesaler of any changes in brand policies that may affect product distribution or listing on Amazon.

3.1.4 Cover all shipping costs, including transportation to Amazon Fulfillment Centers, handling, and preparation costs.

3.1.5 The distributor with the brand is responsible for any warranty claims and costs accumulated by the Amazon seller with any warranty claims.

3.1.6 The Distributor shall provide the following warranty lengths for each product:

- ASIN: B0C5D5SZ38 – Warranty Length: 12 months

3.1.7 In case of a warranty claim, the Brand and the Distributor are jointly responsible for resolving the claim within fifteen (15) business days from the date of notification.

3.1.8 Failure to ship brand quality standards product within the agreed-upon timeline, resolve warranty claims, within the specified time period will result in breach of contract.

3.1.9 The warranty coverage details for each product are provided in Appendix C of this Agreement.

3.1.10 The Distributor will always have to request the shipment details of each shipment from the wholesaler.

**3.2 Responsibilities of the Wholesaler**

3.2.1 Ensure that only verified Amazon Sellers who comply with Amazon's policies and the Brand Guidelines receive the exclusive ASIN distribution rights.

3.2.2 Monitor and enforce compliance among Amazon Sellers to ensure adherence to the Brand Guidelines.

3.2.3 Maintain records of all Amazon Sellers authorized under this Agreement and provide periodic reports that will be received from the Amazon sellers to the Distributor.

3.2.4 Facilitate purchases every 3 months from Amazon Sellers as per their exclusive ASIN rights and ensure that sales records and compliance reports are submitted monthly.

# 4. OBLIGATIONS OF AMAZON SELLERS ( _OSON_ )

4.1 Amazon Sellers must adhere to all Brand Guidelines provided by the Distributor and Wholesaler.

4.2 Amazon Sellers must not engage in any unauthorized sales, including reselling the ASIN distribution rights to other parties without written approval.

4.3 Amazon Sellers must invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

4.4 Amazon Sellers failing to meet their minimum purchase obligations every 3 months totaling 4 purchases within the year of starting the contract may be subject to revocation of their exclusive ASIN rights.

4.5 Failure to comply with Brand Guidelines may result in the revocation of the exclusive distribution rights.

4.6 The Amazon Sellers are requested to provide shipping details to the wholesaler in a timely manner.

# 5. NON-DISCLOSURE AND CONFIDENTIALITY ( _OSON_ )

5.1 The Parties agree to keep confidential any business, financial, or technical information obtained under this Agreement.

5.2 The Wholesaler shall ensure that all Amazon Sellers sign a separate Non-Disclosure Agreement (NDA) to protect proprietary information.

5.3 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

**5.4 Non-Disclosure Agreement (NDA)**

- Both Parties agree not to disclose, share, or misuse any proprietary or sensitive information shared during the course of this Agreement.
- Amazon Sellers must also sign an NDA before gaining access to the brand authorization and exclusive ASIN rights.
- Any breach of confidentiality will result in legal action and potential financial damages.

---

## 6. TERM AND TERMINATION ( _OSON_ )

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal for additional one-year terms unless terminated by either Party with thirty (30) days' prior written notice.

6.2 Either Party may terminate this Agreement if the other Party materially breaches any of its obligations and fails to remedy such breach within fifteen (15) days of receiving written notice.

---

## 7. MISCELLANEOUS ( _OSON_ )

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of Turkey.

8.2 **Assignment** - Neither Party may assign or transfer their rights under this Agreement without prior written consent.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

---

## 8. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC


By: _____

Name: _Artext Wholesale_____

Title: _COO_____

Date: _28/02/2025_____



**DISTRIBUTOR:**
ShipQuick Express


By: _OMER SEYFETTIN SAGLAM / ONUR NAKIS_
OMER SEYFETTIN SAGLAM / ONUR NAKIS (Feb 28, 2025 12:17 GMT+3)

Name: _OMER SEYFETTIN SAGLAM_____

Title: _FOUNDER_____

Date: _28/02/2025_____

**APPENDICES:**

- Appendix A: Brand Guidelines (Distributor)
- Appendix B: Product Descriptions (Distributor)
- Appendix C: Brand Warranty Documents (Distributor)
- Appendix D: Authorized Amazon Sellers List (Wholesaler)

Appendix A

# BRAND GUIDELINES

This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of both the Distributor and Amazon Sellers when selling Lubluelu products on Amazon.

---

# 1. RESPONSIBILITIES OF THE DISTRIBUTOR

1.1 **Product Delivery and Documentation**

- The Distributor shall deliver the products in accordance with the order specifications, including warranty documents and user manuals, to the designated shipping company.
- All shipments must be made directly from the brand's manufacturing plant to Amazon Fulfillment Centers, with proper shipping addresses provided by the Wholesaler.

1.2 **Stock Availability and Order Cancellation**

- Product sales are subject to available stock. In the event of stock unavailability, the Distributor reserves the right to cancel the order and refund the payment within three (3) business days.
- The Distributor must notify the Wholesaler promptly if a product goes out of stock to allow for proper inventory management and communication with Amazon Sellers.

1.3 **Quality and Compliance**

- The Distributor shall ensure that all products comply with brand quality standards and regulatory requirements.
- Any changes in brand policies, product specifications, or compliance requirements must be communicated to the Wholesaler within five (15) business days of implementation.

1.4 **Warranty and Support**

- The Distributor shall provide warranty documents as specified in the Agreement and support Amazon Sellers in resolving warranty claims in accordance with the stipulated timelines.
- Warranty claims must be resolved within fifteen (15) business days, failing which fines amounting to three (3) times the cost of damages will be incurred.

---

# 2. RESPONSIBILITIES OF AMAZON SELLERS

2.1 **Brand Representation and Marketing**

- Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.
- Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.

## 2.2 Pricing and Promotion

- Amazon Sellers are permitted to adjust the Amazon listing price by up to $7, but must maintain competitive pricing that aligns with brand positioning.
- Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

## 2.3 Customer Service and Reviews

- Amazon Sellers must provide customer service, including prompt communication and resolution of customer inquiries.
- Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.

## 2.4 Inventory Management and Returns

- Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.
- Sellers are responsible for managing returns in accordance with Amazon's return policies, with support from the Distributor for warranty claims.

## 2.5 Compliance and Reporting

- Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.
- Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.
- Failure to submit the required reports may result in the revocation of exclusive ASIN rights.

# 3. ENFORCEMENT AND COMPLIANCE MONITORING

## 3.1 Compliance Monitoring

- The Wholesaler will monitor compliance with the Brand Guidelines and report any violations to the Distributor.
- The Distributor and Wholesaler will work together to enforce compliance and maintain the integrity of the brand on Amazon.

3.2 **Penalties for Non-Compliance**

- Non-compliance with Brand Guidelines may result in the revocation of exclusive ASIN rights.
- Repeated violations may lead to termination of the Agreement and potential legal action.

3.3 **Dispute Resolution**

- Any disputes arising from non-compliance shall be resolved through the dispute resolution mechanism outlined in the Agreement.

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be adhered to by all Parties involved.**

Appendix B

## Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCTS

**Product Amazon Name:** Lubluelu Cordless Vacuum Cleaner, 25000Pa Powerful Rechargeable Wireless Stick Vac, 50min Runtime, 235W Brushless Motor, Detachable Battery, Lightweight, Self-Standing for Hard Floor, Pet Hair
**Product ASIN:** B0C5D5SZ38
**Product UPC:** 774882495130
**Product Code:** MODEL 202
**Product Condition:** NEW
**Product Quantity:** 1500



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

Appendix C

# Brand Warranty Coverage

This Appendix outlines the warranty terms applicable to all products distributed under the Lubluelu brand, as specified in the Exclusive Amazon ASIN Distribution Agreement.

---

## 1. WARRANTY COVERAGE

1.1 The Distributor guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.

1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.

## 2. TERMS OF WARRANTY

2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Distributor.

2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.

## 3. EXCLUSIONS

3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.

## 4. WARRANTY CLAIM PROCESS

4.1 To initiate a warranty claim, consumers must contact authorized Amazon Sellers with proof of purchase and a detailed description of the issue.

4.2 Amazon Sellers are responsible for forwarding warranty claims to the Distributor, who will coordinate with the Brand to resolve the claim within fifteen (15) business days.

## 5. DISTRIBUTOR AND BRAND RESPONSIBILITIES

5.1 The Distributor, in collaboration with the Brand, is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.

5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.

**This Appendix is a critical component of the Agreement and must be adhered to by all Parties involved to ensure compliance and customer satisfaction.**

Appendix D

## AUTHORIZED AMAZON SELLERS LIST

This Appendix provides a list of all authorized Amazon Sellers who have acquired exclusive ASIN distribution rights under this Agreement. The list shall be maintained by the Wholesaler and shared with the Distributor as needed.

| Seller ID | Storefront Name | Authorized ASINs | Date of Authorization | Status |
|---|---|---|---|---|
| A1DTR26EY1010E | AllGoods Lane | B0C5D5SZ38 | 02/20/2025 | Active |
| | | | | |
| | | | | |
| | | | | |

## EXPLANATION OF FIELDS

- **Seller ID:** Unique identifier for each Amazon Seller.
- **Storefront Name:** The official name of the Amazon storefront authorized to sell the ASINs.
- **Authorized ASINs:** List of ASINs the seller is authorized to sell.
- **Date of Authorization:** The date the exclusive ASIN rights were granted.
- **Status:** The current status of the authorization (e.g., Active, Inactive, Revoked).

## NOTES

- This list shall be reviewed and updated quarterly to ensure accuracy and compliance.
- The Wholesaler is responsible for notifying the Distributor of any changes in the list.

# Lubluelu_Exlusive_Brand_Contract_B0C5D5SZ 38

Final Audit Report                                    2025-02-28

| | |
|---|---|
| Created: | 2025-02-21 |
| By: | yusuf ayan (matt@artextwholesale.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASLMU7gf_pOIld63TLWo4IBkuUp3u96Il |

## "Lubluelu_Exlusive_Brand_Contract_B0C5D5SZ38" History

Document created by yusuf ayan (matt@artextwholesale.com)
2025-02-21 - 5:16:06 AM GMT- IP address: 47.155.41.176

Document emailed to shipquickexpress@gmail.com for signature
2025-02-21 - 5:16:10 AM GMT

Document emailed to Artext Wholesale (contact@artextwholesale.com) for signature
2025-02-21 - 5:16:10 AM GMT

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-02-21 - 5:16:17 AM GMT- IP address: 66.249.84.35

Email viewed by shipquickexpress@gmail.com
2025-02-21 - 6:34:12 AM GMT- IP address: 31.223.49.142

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-02-28 - 9:11:03 AM GMT- IP address: 66.249.84.33

Email viewed by shipquickexpress@gmail.com
2025-02-28 - 9:14:46 AM GMT- IP address: 31.223.49.59

Signer shipquickexpress@gmail.com entered name at signing as OMER SEYFETTIN SAGLAM / ONUR NAKIS
2025-02-28 - 9:17:11 AM GMT- IP address: 31.223.49.59

Document e-signed by OMER SEYFETTIN SAGLAM / ONUR NAKIS (shipquickexpress@gmail.com)
Signature Date: 2025-02-28 - 9:17:13 AM GMT - Time Source: server- IP address: 31.223.49.59

Document e-signed by Artext Wholesale (contact@artextwholesale.com)
Signature Date: 2025-02-28 - 9:19:03 AM GMT - Time Source: server- IP address: 47.155.41.176

**Adobe Acrobat Sign**

✓ Agreement completed.
2025-02-28 - 9:19:03 AM GMT

**EXCLUSIVE AMAZON ASIN DISTRIBUTION AGREEMENT**

**This Exclusive Amazon ASIN Distribution Agreement ("Agreement") is entered into as of the Effective Date by and between: (** _OSON_ **)**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler."
2. **ShipQuick Express**, a company registered in Turkey, with its principal place of business at Harbiye Mah. Askerocağı Cad. Süzer Plaza No:6 İç Kapı No:62, Şişli, Istanbul, hereinafter referred to as the "Distributor."

**WHEREAS:**

- The Distributor is an authorized distributor for **Lubluelu** and has the rights to distribute certain products under the brand.
- The Wholesaler intends to acquire the exclusive rights to distribute specific ASINs for sale on Amazon.com ("Amazon USA") and sell those rights to third-party Amazon sellers ("Amazon Sellers").
- The Amazon Sellers who purchase ASIN rights from the Wholesaler shall have exclusive authorization to sell those ASINs on Amazon USA under the conditions set forth in this Agreement.
- The Parties desire to set forth their rights, obligations, and conditions governing their business relationship.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

# 1. DEFINITIONS

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Sellers** - Third-party sellers who purchase exclusive ASIN distribution rights from the Wholesaler. 1.3 **Exclusive Distribution Rights** - The rights granted by the Distributor to the Wholesaler for the distribution and resale of specific ASINs on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Brand and Distributor to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties.

---

## 2. GRANT OF EXCLUSIVE DISTRIBUTION RIGHTS ( _OSON_ )

2.1  The Distributor grants the Wholesaler exclusive distribution rights to the following ASINs:

- ASIN: B0C6SPNSC5

2.2 The Wholesaler shall have the right to resell these exclusive ASIN distribution rights to Amazon Sellers under the terms of this Agreement.

2.3 The Distributor shall not sell, distribute, or authorize any other party to distribute or sell the above ASINs on Amazon, other than the Amazon Sellers authorized by the Wholesaler.

2.4 The Wholesaler shall provide a list of Amazon Sellers authorized to sell the ASINs to the Distributor.

---

## 3. RESPONSIBILITIES OF THE PARTIES ( _OSON_ )

### 3.1 Responsibilities of the Distributor

3.1.1 Ensure that all products supplied to the Wholesaler comply with brand quality standards and regulatory requirements.

3.1.2 Provide necessary brand authorization and documentation to enable the Amazon Sellers to sell the ASINs exclusively on Amazon.

3.1.3 Notify the Wholesaler of any changes in brand policies that may affect product distribution or listing on Amazon.

3.1.4 Cover all shipping costs, including transportation to Amazon Fulfillment Centers, handling, and preparation costs.

3.1.5 The distributor with the brand is responsible for any warranty claims and costs accumulated by the Amazon seller with any warranty claims.

3.1.6 The Distributor shall provide the following warranty lengths for each product:

- ASIN: B0C6SPNSC5 – Warranty Length: 12 months

3.1.7 In case of a warranty claim, the Brand and the Distributor are jointly responsible for resolving the claim within fifteen (15) business days from the date of notification.

3.1.8 Failure to ship brand quality standards product within the agreed-upon timeline, resolve warranty claims, within the specified time period will result in breach of contract.

3.1.9 The warranty coverage details for each product are provided in Appendix C of this Agreement.

3.1.10 The Distributor will always have to request the shipment details of each shipment from the wholesaler.

**3.2 Responsibilities of the Wholesaler**

3.2.1 Ensure that only verified Amazon Sellers who comply with Amazon's policies and the Brand Guidelines receive the exclusive ASIN distribution rights.

3.2.2 Monitor and enforce compliance among Amazon Sellers to ensure adherence to the Brand Guidelines.

3.2.3 Maintain records of all Amazon Sellers authorized under this Agreement and provide periodic reports that will be received from the Amazon sellers to the Distributor.

3.2.4 Facilitate purchases every 3 months from Amazon Sellers as per their exclusive ASIN rights and ensure that sales records and compliance reports are submitted monthly.

# 4. OBLIGATIONS OF AMAZON SELLERS ( *OSON* )

4.1 Amazon Sellers must adhere to all Brand Guidelines provided by the Distributor and Wholesaler.

4.2 Amazon Sellers must not engage in any unauthorized sales, including reselling the ASIN distribution rights to other parties without written approval.

4.3 Amazon Sellers must invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

4.4 Amazon Sellers failing to meet their minimum purchase obligations every 3 months totaling 4 purchases within the year of starting the contract may be subject to revocation of their exclusive ASIN rights.

4.5 Failure to comply with Brand Guidelines may result in the revocation of the exclusive distribution rights.

4.6 The Amazon Sellers are requested to provide shipping details to the wholesaler in a timely manner.

# 5. NON-DISCLOSURE AND CONFIDENTIALITY ( *OSON* )

5.1 The Parties agree to keep confidential any business, financial, or technical information obtained under this Agreement.

5.2 The Wholesaler shall ensure that all Amazon Sellers sign a separate Non-Disclosure Agreement (NDA) to protect proprietary information.

5.3 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

**5.4 Non-Disclosure Agreement (NDA)**

- Both Parties agree not to disclose, share, or misuse any proprietary or sensitive information shared during the course of this Agreement.
- Amazon Sellers must also sign an NDA before gaining access to the brand authorization and exclusive ASIN rights.
- Any breach of confidentiality will result in legal action and potential financial damages.

---

## 6. TERM AND TERMINATION ( _OSON_ )

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal for additional one-year terms unless terminated by either Party with thirty (30) days' prior written notice.

6.2 Either Party may terminate this Agreement if the other Party materially breaches any of its obligations and fails to remedy such breach within fifteen (15) days of receiving written notice.

---

## 7. MISCELLANEOUS ( _OSON_ )

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of Turkey.

8.2 **Assignment** - Neither Party may assign or transfer their rights under this Agreement without prior written consent.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

---

## 8. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC


By: _____

Name: __Artext Wholesale_____

Title: __COO_____

Date: __28/02/2025_____


**DISTRIBUTOR:**
ShipQuick Express


By: __OMER SEYFETTIN SAGLAM / ONUR NAKIS__
OMER SEYFETTIN SAGLAM / ONUR NAKIS (Feb 28, 2025 12:13 GMT+3)

Name: __OMER SEYFETTIN SAGLAM__

Title: __FOUNDER_____

Date: __28/02/2025_____

**APPENDICES:**

- Appendix A: Brand Guidelines (Distributor)
- Appendix B: Product Descriptions (Distributor)
- Appendix C: Brand Warranty Documents (Distributor)
- Appendix D: Authorized Amazon Sellers List (Wholesaler)

Appendix A

# BRAND GUIDELINES

This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of both the Distributor and Amazon Sellers when selling Lubluelu products on Amazon.

---

## 1. RESPONSIBILITIES OF THE DISTRIBUTOR

### 1.1 Product Delivery and Documentation

- The Distributor shall deliver the products in accordance with the order specifications, including warranty documents and user manuals, to the designated shipping company.
- All shipments must be made directly from the brand's manufacturing plant to Amazon Fulfillment Centers, with proper shipping addresses provided by the Wholesaler.

### 1.2 Stock Availability and Order Cancellation

- Product sales are subject to available stock. In the event of stock unavailability, the Distributor reserves the right to cancel the order and refund the payment within three (3) business days.
- The Distributor must notify the Wholesaler promptly if a product goes out of stock to allow for proper inventory management and communication with Amazon Sellers.

### 1.3 Quality and Compliance

- The Distributor shall ensure that all products comply with brand quality standards and regulatory requirements.
- Any changes in brand policies, product specifications, or compliance requirements must be communicated to the Wholesaler within five (15) business days of implementation.

### 1.4 Warranty and Support

- The Distributor shall provide warranty documents as specified in the Agreement and support Amazon Sellers in resolving warranty claims in accordance with the stipulated timelines.
- Warranty claims must be resolved within fifteen (15) business days, failing which fines amounting to three (3) times the cost of damages will be incurred.

---

## 2. RESPONSIBILITIES OF AMAZON SELLERS

### 2.1 Brand Representation and Marketing

- Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.
- Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.

## 2.2 Pricing and Promotion

- Amazon Sellers are permitted to adjust the Amazon listing price by up to $7, but must maintain competitive pricing that aligns with brand positioning.
- Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

## 2.3 Customer Service and Reviews

- Amazon Sellers must provide customer service, including prompt communication and resolution of customer inquiries.
- Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.

## 2.4 Inventory Management and Returns

- Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.
- Sellers are responsible for managing returns in accordance with Amazon's return policies, with support from the Distributor for warranty claims.

## 2.5 Compliance and Reporting

- Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.
- Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.
- Failure to submit the required reports may result in the revocation of exclusive ASIN rights.

# 3. ENFORCEMENT AND COMPLIANCE MONITORING

## 3.1 Compliance Monitoring

- The Wholesaler will monitor compliance with the Brand Guidelines and report any violations to the Distributor.
- The Distributor and Wholesaler will work together to enforce compliance and maintain the integrity of the brand on Amazon.

3.2 **Penalties for Non-Compliance**

- Non-compliance with Brand Guidelines may result in the revocation of exclusive ASIN rights.
- Repeated violations may lead to termination of the Agreement and potential legal action.

3.3 **Dispute Resolution**

- Any disputes arising from non-compliance shall be resolved through the dispute resolution mechanism outlined in the Agreement.

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be adhered to by all Parties involved.**

Appendix B

# Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCTS

**Product Amazon Name:** Lubluelu Cordless Vacuum Cleaner,25000Pa Cordless Stick Vacuum with 235W Brushless Motor, 50min Runtime, Detachable Battery, Self-Standing Vacuum for Hard Floor, Carpet, Pet Hair
**Product ASIN:** B0C6SPNSC5
**Product UPC:** 772060166476
**Product Code:** MODEL 202
**Product Condition:** NEW
**Product Quantity:** 300



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement
and must be accurately maintained and updated by the Distributor.**

Appendix C

# Brand Warranty Coverage

This Appendix outlines the warranty terms applicable to all products distributed under the Lubluelu brand, as specified in the Exclusive Amazon ASIN Distribution Agreement.

---

## 1. WARRANTY COVERAGE

1.1 The Distributor guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.

1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.

## 2. TERMS OF WARRANTY

2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Distributor.

2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.

## 3. EXCLUSIONS

3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.

## 4. WARRANTY CLAIM PROCESS

4.1 To initiate a warranty claim, consumers must contact authorized Amazon Sellers with proof of purchase and a detailed description of the issue.

4.2 Amazon Sellers are responsible for forwarding warranty claims to the Distributor, who will coordinate with the Brand to resolve the claim within fifteen (15) business days.

## 5. DISTRIBUTOR AND BRAND RESPONSIBILITIES

5.1 The Distributor, in collaboration with the Brand, is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.

5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.

**This Appendix is a critical component of the Agreement and must be adhered to by all Parties involved to ensure compliance and customer satisfaction.**

Appendix D

## AUTHORIZED AMAZON SELLERS LIST

This Appendix provides a list of all authorized Amazon Sellers who have acquired exclusive ASIN distribution rights under this Agreement. The list shall be maintained by the Wholesaler and shared with the Distributor as needed.

| Seller ID | Storefront Name | Authorized ASINs | Date of Authorization | Status |
|-----------|-----------------|------------------|-----------------------|--------|
| A3MBXR9225J40Q | www.amazon.com/shops/splenorshop | B0C6SPNSC5 | 02/20/2025 | Active |
| | | | | |
| | | | | |
| | | | | |

## EXPLANATION OF FIELDS

- **Seller ID:** Unique identifier for each Amazon Seller.
- **Storefront Name:** The official name of the Amazon storefront authorized to sell the ASINs.
- **Authorized ASINs:** List of ASINs the seller is authorized to sell.
- **Date of Authorization:** The date the exclusive ASIN rights were granted.
- **Status:** The current status of the authorization (e.g., Active, Inactive, Revoked).

## NOTES

- This list shall be reviewed and updated quarterly to ensure accuracy and compliance.
- The Wholesaler is responsible for notifying the Distributor of any changes in the list.

# Lubluelu_Exlusive_Brand_Contract_B0C6SPNSC5

Final Audit Report                                                                  2025-02-28

| | |
|---|---|
| Created: | 2025-02-21 |
| By: | yusuf ayan (matt@artextwholesale.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnmoebiKcmDUIzDTGdUByhfINRcVRt08U |

## "Lubluelu_Exlusive_Brand_Contract_B0C6SPNSC5" History

Document created by yusuf ayan (matt@artextwholesale.com)
2025-02-21 - 5:12:59 AM GMT- IP address: 47.155.41.176

Document emailed to shipquickexpress@gmail.com for signature
2025-02-21 - 5:13:03 AM GMT

Document emailed to Artext Wholesale (contact@artextwholesale.com) for signature
2025-02-21 - 5:13:03 AM GMT

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-02-21 - 5:13:10 AM GMT- IP address: 66.249.84.34

Email viewed by shipquickexpress@gmail.com
2025-02-21 - 6:32:58 AM GMT- IP address: 31.223.49.142

Email viewed by shipquickexpress@gmail.com
2025-02-28 - 9:06:33 AM GMT- IP address: 31.223.49.59

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-02-28 - 9:10:57 AM GMT- IP address: 66.249.84.33

Signer shipquickexpress@gmail.com entered name at signing as OMER SEYFETTIN SAGLAM / ONUR NAKIS
2025-02-28 - 9:13:26 AM GMT- IP address: 31.223.49.59

Document e-signed by OMER SEYFETTIN SAGLAM / ONUR NAKIS (shipquickexpress@gmail.com)
Signature Date: 2025-02-28 - 9:13:28 AM GMT - Time Source: server- IP address: 31.223.49.59

Document e-signed by Artext Wholesale (contact@artextwholesale.com)
Signature Date: 2025-02-28 - 9:18:45 AM GMT - Time Source: server- IP address: 47.155.41.176

**Adobe Acrobat Sign**

✅ Agreement completed.
2025-02-28 - 9:18:45 AM GMT

**Adobe Acrobat Sign**

**EXCLUSIVE AMAZON ASIN DISTRIBUTION AGREEMENT**

**This Exclusive Amazon ASIN Distribution Agreement ("Agreement") is entered into as of
the Effective Date by and between :**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal
   place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter
   referred to as the "Wholesaler."
2. **ShipQuick Express**, a company registered in Turkey, with its principal place of business
   at Harbiye Mah. Askerocağı Cad. Süzer Plaza No:6 İç Kapı No:62, Şişli, Istanbul,
   hereinafter referred to as the "Distributor."

**WHEREAS:**

- The Distributor is an authorized distributor for **Lubluelu** and has the rights to distribute
  certain products under the brand.
- The Wholesaler intends to acquire the exclusive rights to distribute specific ASINs for
  sale on Amazon.com ("Amazon USA") and sell those rights to third-party Amazon sellers
  ("Amazon Sellers").
- The Amazon Sellers who purchase ASIN rights from the Wholesaler shall have exclusive
  authorization to sell those ASINs on Amazon USA under the conditions set forth in this
  Agreement.
- The Parties desire to set forth their rights, obligations, and conditions governing their
  business relationship.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained
herein, the Parties agree as follows:**

---

# 1. DEFINITIONS

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on
Amazon. 1.2 **Amazon Sellers** - Third-party sellers who purchase exclusive ASIN distribution
rights from the Wholesaler. 1.3 **Exclusive Distribution Rights** - The rights granted by the
Distributor to the Wholesaler for the distribution and resale of specific ASINs on Amazon. 1.4
**Brand Guidelines** - The rules and requirements set by the Brand and Distributor to maintain
quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is
signed by both Parties.

---

## 2.  GRANT OF EXCLUSIVE DISTRIBUTION RIGHTS ( _OSON_ )

2.1  The Distributor grants the Wholesaler exclusive distribution rights to the following ASINs:

- ASIN: B0DFPCHHB3

2.2 The Wholesaler shall have the right to resell these exclusive ASIN distribution rights to Amazon Sellers under the terms of this Agreement.

2.3 The Distributor shall not sell, distribute, or authorize any other party to distribute or sell the above ASINs on Amazon, other than the Amazon Sellers authorized by the Wholesaler.

2.4 The Wholesaler shall provide a list of Amazon Sellers authorized to sell the ASINs to the Distributor.

---

## 3. RESPONSIBILITIES OF THE PARTIES ( _OSON_ )

### 3.1 Responsibilities of the Distributor

3.1.1 Ensure that all products supplied to the Wholesaler comply with brand quality standards and regulatory requirements.

3.1.2 Provide necessary brand authorization and documentation to enable the Amazon Sellers to sell the ASINs exclusively on Amazon.

3.1.3 Notify the Wholesaler of any changes in brand policies that may affect product distribution or listing on Amazon.

3.1.4 Cover all shipping costs, including transportation to Amazon Fulfillment Centers, handling, and preparation costs.

3.1.5 The distributor with the brand is responsible for any warranty claims and costs accumulated by the Amazon seller with any warranty claims.

3.1.6 The Distributor shall provide the following warranty lengths for each product:

- ASIN: B0DFPCHHB3 – Warranty Length: 12 months

3.1.7 In case of a warranty claim, the Brand and the Distributor are jointly responsible for resolving the claim within fifteen (15) business days from the date of notification.

3.1.8 Failure to ship brand quality standards product within the agreed-upon timeline, resolve warranty claims, within the specified time period will result in breach of contract.

3.1.9 The warranty coverage details for each product are provided in Appendix C of this Agreement.

3.1.10 The Distributor will always have to request the shipment details of each shipment from the wholesaler.

**3.2 Responsibilities of the Wholesaler**

3.2.1 Ensure that only verified Amazon Sellers who comply with Amazon's policies and the Brand Guidelines receive the exclusive ASIN distribution rights.

3.2.2 Monitor and enforce compliance among Amazon Sellers to ensure adherence to the Brand Guidelines.

3.2.3 Maintain records of all Amazon Sellers authorized under this Agreement and provide periodic reports that will be received from the Amazon sellers to the Distributor.

3.2.4 Facilitate purchases every 3 months from Amazon Sellers as per their exclusive ASIN rights and ensure that sales records and compliance reports are submitted monthly.

---

# 4. OBLIGATIONS OF AMAZON SELLERS ( _OSON_ )

4.1 Amazon Sellers must adhere to all Brand Guidelines provided by the Distributor and Wholesaler.

4.2 Amazon Sellers must not engage in any unauthorized sales, including reselling the ASIN distribution rights to other parties without written approval.

4.3 Amazon Sellers must invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

4.4 Amazon Sellers failing to meet their minimum purchase obligations every 3 months totaling 4 purchases within the year of starting the contract may be subject to revocation of their exclusive ASIN rights.

4.5 Failure to comply with Brand Guidelines may result in the revocation of the exclusive distribution rights.

4.6 The Amazon Sellers are requested to provide shipping details to the wholesaler in a timely manner.

---

# 5. NON-DISCLOSURE AND CONFIDENTIALITY ( _OSON_ )

5.1 The Parties agree to keep confidential any business, financial, or technical information obtained under this Agreement.

5.2 The Wholesaler shall ensure that all Amazon Sellers sign a separate Non-Disclosure Agreement (NDA) to protect proprietary information.

5.3 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

**5.4 Non-Disclosure Agreement (NDA)**

- Both Parties agree not to disclose, share, or misuse any proprietary or sensitive information shared during the course of this Agreement.
- Amazon Sellers must also sign an NDA before gaining access to the brand authorization and exclusive ASIN rights.
- Any breach of confidentiality will result in legal action and potential financial damages.

---

## 6. TERM AND TERMINATION ( _OSON_ )

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal for additional one-year terms unless terminated by either Party with thirty (30) days' prior written notice.

6.2 Either Party may terminate this Agreement if the other Party materially breaches any of its obligations and fails to remedy such breach within fifteen (15) days of receiving written notice.

---

## 7. MISCELLANEOUS ( _OSON_ )

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of Turkey.

8.2 **Assignment** - Neither Party may assign or transfer their rights under this Agreement without prior written consent.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

---

## 8. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC

By: _____
Name: ___Yusuf Ayan_____
Title: ___COO_____
Date: ___03/20/2025_____


**DISTRIBUTOR:**
ShipQuick Express


By: ___OMER SEYFETTIN SAGLAM / ONUR NAKIS___
Name: ___OMER SEYFETTIN SAGLAM___
Title: ___FOUNDER___
Date: ___13/03/2025___

**APPENDICES:**

- Appendix A: Brand Guidelines (Distributor)
- Appendix B: Product Descriptions (Distributor)
- Appendix C: Brand Warranty Documents (Distributor)
- Appendix D: Authorized Amazon Sellers List (Wholesaler)
- Appendix E: Contract Clarification (Wholesaler)

Appendix A

# BRAND GUIDELINES

This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of
both the Distributor and Amazon Sellers when selling Lubluelu products on Amazon.

---

## 1. RESPONSIBILITIES OF THE DISTRIBUTOR

1.1 **Product Delivery and Documentation**

- The Distributor shall deliver the products in accordance with the order specifications,
  including warranty documents and user manuals, to the designated shipping company.
- All shipments must be made directly from the brand's manufacturing plant to Amazon
  Fulfillment Centers, with proper shipping addresses provided by the Wholesaler.

1.2 **Stock Availability and Order Cancellation**

- Product sales are subject to available stock. In the event of stock unavailability, the
  Distributor reserves the right to cancel the order and refund the payment within three (3)
  business days.
- The Distributor must notify the Wholesaler promptly if a product goes out of stock to
  allow for proper inventory management and communication with Amazon Sellers.

1.3 **Quality and Compliance**

- The Distributor shall ensure that all products comply with brand quality standards and
  regulatory requirements.
- Any changes in brand policies, product specifications, or compliance requirements must
  be communicated to the Wholesaler within five (15) business days of implementation.

1.4 **Warranty and Support**

- The Distributor shall provide warranty documents as specified in the Agreement and
  support Amazon Sellers in resolving warranty claims in accordance with the stipulated
  timelines.
- Warranty claims must be resolved within fifteen (15) business days, failing which fines
  amounting to three (3) times the cost of damages will be incurred.

---

## 2. RESPONSIBILITIES OF AMAZON SELLERS

2.1 **Brand Representation and Marketing**

- Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.
- Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.

## 2.2 Pricing and Promotion

- Amazon Sellers are permitted to adjust the Amazon listing price by up to $7, but must maintain competitive pricing that aligns with brand positioning.
- Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

## 2.3 Customer Service and Reviews

- Amazon Sellers must provide customer service, including prompt communication and resolution of customer inquiries.
- Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.

## 2.4 Inventory Management and Returns

- Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.
- Sellers are responsible for managing returns in accordance with Amazon's return policies, with support from the Distributor for warranty claims.

## 2.5 Compliance and Reporting

- Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.
- Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.
- Failure to submit the required reports may result in the revocation of exclusive ASIN rights.

---

# 3. ENFORCEMENT AND COMPLIANCE MONITORING

## 3.1 Compliance Monitoring

- The Wholesaler will monitor compliance with the Brand Guidelines and report any violations to the Distributor.
- The Distributor and Wholesaler will work together to enforce compliance and maintain the integrity of the brand on Amazon.

3.2 **Penalties for Non-Compliance**

- Non-compliance with Brand Guidelines may result in the revocation of exclusive ASIN rights.
- Repeated violations may lead to termination of the Agreement and potential legal action.

3.3 **Dispute Resolution**

- Any disputes arising from non-compliance shall be resolved through the dispute resolution mechanism outlined in the Agreement.

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be adhered to by all Parties involved.**

Appendix B

# Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCTS

**Product Amazon Name: Lubluelu Cordless Vacuum Cleaner, Max 50 Mins Runtime, Stick Vacuum with Touch Screen,Lightweight Vacuum for Carpet, Home Hardwood Floor and Pet Hair.**
**Product ASIN: B0DFPCHHB3**
**Product UPC:**
**Product Code: model 202**
**Product Condition: NEW**
**Product Quantity: 700**



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

Appendix C

**Brand Warranty Coverage**

This Appendix outlines the warranty terms applicable to all products distributed under the
Lubluelu brand, as specified in the Exclusive Amazon ASIN Distribution Agreement.

---

## 1. WARRANTY COVERAGE

1.1 The Distributor guarantees that all products manufactured under the Lubluelu brand are
covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.

1.2 The warranty applies to any defects, malfunctions, or other issues arising from the
production or material faults inherent to the brand's products.

## 2. TERMS OF WARRANTY

2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms
specified by the Brand Guidelines and Distributor.

2.2 All warranty claims must be initiated within the warranty period and are subject to verification
by authorized personnel.

## 3. EXCLUSIONS

3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications,
accidental damage, or commercial use beyond intended purposes.

## 4. WARRANTY CLAIM PROCESS

4.1 To initiate a warranty claim, consumers must contact authorized Amazon Sellers with proof
of purchase and a detailed description of the issue.

4.2 Amazon Sellers are responsible for forwarding warranty claims to the Distributor, who will
coordinate with the Brand to resolve the claim within fifteen (15) business days.

## 5. DISTRIBUTOR AND BRAND RESPONSIBILITIES

5.1 The Distributor, in collaboration with the Brand, is responsible for ensuring prompt resolution
of warranty claims as outlined in the Agreement and this Appendix.

5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur
penalties or fines as per the contractual terms.

---

**This Appendix is a critical component of the Agreement and must be adhered to by all Parties involved to ensure compliance and customer satisfaction.**

Appendix D

# AUTHORIZED AMAZON SELLERS LIST

This Appendix provides a list of all authorized Amazon Sellers who have acquired exclusive ASIN distribution rights under this Agreement. The list shall be maintained by the Wholesaler and shared with the Distributor as needed.

| Seller ID | Storefront Name | Authorized ASINs | Date of Authorization | Status |
|-----------|-----------------|------------------|-----------------------|--------|
|           |                 |                  |                       |        |
|           |                 |                  |                       |        |
|           |                 |                  |                       |        |
|           |                 |                  |                       |        |

## EXPLANATION OF FIELDS

- **Seller ID:** Unique identifier for each Amazon Seller.
- **Storefront Name:** The official name of the Amazon storefront authorized to sell the ASINs.
- **Authorized ASINs:** List of ASINs the seller is authorized to sell.
- **Date of Authorization:** The date the exclusive ASIN rights were granted.
- **Status:** The current status of the authorization (e.g., Active, Inactive, Revoked).

## NOTES

- This list shall be reviewed and updated quarterly to ensure accuracy and compliance.
- The Wholesaler is responsible for notifying the Distributor of any changes in the list.

# Appendix E

## Exclusivity & Brand Rights

1. The contract states that the Wholesaler will not grant selling rights for this ASIN to any other sellers. Does this also apply to the brand itself? Can the brand authorize other sellers to list the ASIN on Amazon?
   i. No The wholesale has a contract with the brand giving them sole authority over the selected ASINS which means the brand itself can not authorize
2. How is exclusivity enforced?
   i. The brand will only provide you as with authorization to sell that ASIN on Amazons brand system.
   ii. In case someone else is able to list the ASIN they will be removed promptly.
3. If exclusivity is violated, what measures are in place?
   a. Are we compensated?
      i. The unauthorized seller will be removed. There is no extra compensation.
   b. Is the contract voided?
      i. No not unless the brand does nothing to fix the problem.
4. Can exclusivity be revoked under any conditions? If so, what are they?
   i. No, it cannot be changed or revoked until the contract ends.
5. If sales performance is low, can the Wholesaler revoke exclusivity?
   i. Yes, as it is the responsibility of the seller to maintain a standard of sales performance of the ASIN on Amazon.

## Inventory & Logistics

1. What is the Minimum Order Quantity (MOQ), and is it split across the three color variations in the listing? Can the MOQ be reduced?
   i. MOQ is set on the contract. You will be purchasing 3 months this quantity is determined via the Amazon sales report of that ASIN. Next 3 purchases will also be from this number if the seller wants to purchase more they can do so but the MOQ will be from the same quantity starting from the first purchase.
2. Can inventory be supplied on consignment?
3. What happens in the case of manufacturing delays (both for initial inventory and replenishment)?
   i. The brand will be responsible for any delays, and they have deadlines to follow. Incase of delays directly related to the brand then the contract can we rereviewed.
   b. How does this affect our obligations under the contract?
      i. The nature of the delay will make this situation clearer in case of brand negligence that results in delays you are able work with us the negotiate new terms to the deal with the brand.
   c. Are there any accommodations or adjustments for projected revenue loss?
      i. Referring to the previous statement above, accommodations or adjustments can be made during negotiation.
4. What are the shipping fees, and who is responsible for covering them?
   i. The cost of everything involving shipping, tariffs etc. is already included in the price offered. This also means the brand will be the one to handle all the necessary paperwork related to importing the products. The product will be shipped directly to the FBA. You will be responsible to Provide shipping details to the brand so they can have the products prepared and shipped.

## Returns & Defective Products

1. The contract does not mention a defect policy—do defective units get bought back by the Wholesaler, or is there a credit system?
   i. Yes the brand is responsible for any products that are defective. They will provide replacement units or credit for the next order for each defective unit. They also responsible with warranty claims.

2.  What is the buyback policy if the listing underperforms due to factors outside of our control (e.g., quality issues, poor reviews, external market shifts)?
    a.  Example: If sales drop by 50% after inventory is received, what options do we have?
        i.  In this case you would not have any available recourse. As you will be the one that is managing the listing it would be your responsibility to manage and sustain listing health.
3.  What happens if a returned item is considered an "open box" product? Are we responsible for reselling, or does the Wholesaler take it back?
    a.  In this case you would be responsible for the product. If the product return reason is due to production defect then it would be the brand that manages that.

## Customer Service & Listing Management

1.  What are our customer service responsibilities beyond Amazon's standard return period?
2.  For example, if a customer seeks warranty coverage for a defect, do we handle this, or does the brand?
    a.  If customers contact, you beyond amazons standard return period for issues related to the product you will redirect them to the brands customer service as it will be the brands responsibility to manage warranty claims.
3.  Do we have permission to edit keywords in the listing for optimization as long as we adhere to brand specifications?
    a.  You will need to request approval from the wholesaler/brand before making any changes to the listing.

## Sales Data & Pricing

1.  There is a sales gap for ASIN ending in **WT** between March–August — can you provide insights into why this occurred?
    a.  The brand was out of inventory at that time. Also it was right around the Chinese new years so they did not have inventory manufactured. They has to manufacture and then ship to FBA so it took them a while and during that whole time they were out of inventory for that ASIN.
2.  Can you confirm the price for both ASINs is set at $85?
    a.  Yes

## Legal & Contractual Obligations

1.  The contract does not mention legal guarantees — what happens if the ASIN listing must be removed due to legal issues (e.g., patent infringement, safety concerns, compliance violations)?
    a.  If the issue originates from the brand (e.g., patent issues, tradIf the issue originates from the brand (e.g., patent issues, trademark disputes, licensing problems, product-related legal claims, safety recalls, non-compliance with local regulations,), the responsibility lies entirely with the brand. In such cases, the brand would take back the products, handle any necessary legal processes, and issue a refund to the affected partiesemark disputes, licensing problems, product-related legal claims, safety recalls, non-compliance with local regulations,), the responsibility lies entirely with the brand. In such cases, the brand would take back the products, handle any necessary legal processes, and issue a refund to the affected parties. •  If the issue originates from the seller (e.g., policy violations, unauthorized changes to product descriptions, listing counterfeit or non-genuine products, incorrect product categorization, failure to meet shipping deadlines, using misleading images, manipulating customer reviews, or store suspension due to repeated policy breaches, late shipments, or poor customer service ratings), the responsibility rests solely with the seller. The seller would be accountable for resolving the issue, compensating customers if necessary, and taking corrective actions to reinstate their store or listings.
    b.  If the issue originates from the seller (e.g., policy violations, unauthorized changes to product descriptions, listing counterfeit or non-genuine products, incorrect product categorization,

failure to meet shipping deadlines, using misleading images, manipulating customer reviews, or store suspension due to repeated policy breaches, late shipments, or poor customer service ratings), the responsibility rests solely with the seller. The seller would be accountable for resolving the issue, compensating customers if necessary, and taking corrective actions to reinstate their store or listings.

2. Previous calls mentioned a one-year contract — can you provide full details on the commitment required from us?

    a. It is in the contract.

# EXHIBIT 4

**EXCLUSIVE AMAZON ASIN SALES AGREEMENT**

**This Exclusive Amazon ASIN Sales Agreement ("Agreement") is entered into as of the Effective Date by and between ( _TM_ ):**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler"; and

2. The Murad Holding Group LLC , a company registered in _Delaware_ with its principal place of business at _7480 Birdwood Ave, #1413, McLean, VA 22102_ , FEIN: _36-4898137_ and sales permit Number: _2024701871_ , hereinafter referred to as the "Amazon Seller."
   a. Seller Amazon Store ID: _A2JCK6VBCM0NAI_
   b. Seller Amazon Storefront Name: _The Murad Holding Group_

**WHEREAS:**

- The Wholesaler holds exclusive distribution rights to certain ASINs for sale on Amazon.com ("Amazon");
- The Amazon Seller desires to acquire exclusive selling rights for a specific ASIN under the terms set forth in this Agreement;
- The Parties wish to establish their rights, obligations, and conditions governing this arrangement.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

# 1. DEFINITIONS ( _TM_ )

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Seller** - A third-party seller who has acquired exclusive ASIN sales rights from the Wholesaler. 1.3 **Exclusive Sales Rights** - The rights granted by the Wholesaler to the Amazon Seller for selling a specific ASIN on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Wholesaler to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties. 1.6 **NDA** - The Non-Disclosure Agreement incorporated into this Agreement governing the confidentiality of information.

---

## 2. GRANT OF EXCLUSIVE SALES RIGHTS (_FM_)

2.1 The Wholesaler grants the Amazon Seller the exclusive United States rights to sell the following ASIN on Amazon US market palace (the "Product"):

- ASIN: B0BVPSCHWT

2.2 The Wholesaler shall not sell or authorize any other party to sell the above ASIN on Amazon, except for the Amazon Seller named in this Agreement.

2.3 The Amazon Seller shall strictly adhere to all Brand Guidelines set forth in Appendix A.

2.4 The Amazon Seller acknowledges that failure to comply with this Agreement and the Brand Guidelines may result in termination of their selling rights.

2.5 The Wholesaler shall ensure the removal of any existing sellers on the listing, including Amazon itself.

2.6 The Amazon Seller may add or replace up to three (3) Amazon accounts of their choice to be registered under the Brand Registry and authorized to sell the ASIN. At any given time, only accounts designated by the Amazon Seller shall be permitted to list or sell the ASIN. The Seller shall be limited to making no more than three (3) account changes within each one-year period, commencing from the effective date of this contract. All proposed account changes must be submitted to the Wholesaler for approval at least forty (40) days prior to the placement of the next order, and such changes shall not be implemented without the Wholesaler's written consent.

2.7 If, at the conclusion of a six (6) month evaluation period from the commencement date of this agreement, monthly sales for the specified ASIN fall below 650 units, the Amazon Seller shall have the option to terminate this agreement prematurely. To exercise this termination option, the Seller must provide written notice of intent to terminate to both the Wholesaler and the Brand at least forty (40) days in advance of the intended termination date.

2.8 If monthly sales meet or exceed the threshold of 650 units by the conclusion of the six-month evaluation period, the Amazon Seller shall be obligated to fulfill the entire annual term without further opportunity for early termination under this clause.

---

## 3. RESPONSIBILITIES OF THE PARTIES (_FM_)

### 3.1 Responsibilities of the Wholesaler

3.1.1 Provide the Amazon Seller with the necessary brand authorization and documentation to sell the ASIN exclusively on Amazon.

3.1.2 Ensure that all products supplied to the Amazon Seller meet brand quality standards and are free from defects.

3.1.3 Deliver products in accordance with the order specifications and ensure timely shipment to Amazon fulfillment centers.

3.1.4 The Wholesaler shall sell the Product to the Amazon Seller at the cost of $85 [which includes delivery to Amazon's fulfillment centers] per unit.

3.1.5 Amazon Seller shall deliver to the Wholesaler a purchase order with the number of units and the total wholesale cost for all Product Units, whereupon Wholesaler shall cause the supplier to ship the Product Units to Amazon Seller at such Amazon fulfillment center as Amazon Seller shall direct.

3.1.6 The Wholesaler has the requisite authority to enter into this Agreement and has the exclusive right to sell the Product in Amazon United States marketplace and grant the exclusive right to sell the Product to the Amazon Seller and the Wholesaler has the right to prohibit others from selling the Product in Amazon United States marketplace.

3.1.7 The Wholesaler agrees only to assist in removing unauthorized sellers from the Amazon listing for the ASIN. The Wholesaler will not provide assistance in any other legal actions or suits instituted by the Amazon Seller against third parties selling the Product in the United States.

3.1.8 The Wholesaler guarantees that the brand will not initiate any intellectual property (IP) claims against the Amazon Seller for the duration of this contract. The Wholesaler does not provide indemnification or defense for intellectual property infringement, patent infringement, trademark violations, or any related intellectual property claims arising from the Product, as the responsibility for managing such matters lies solely with the brand itself.

## 3.2 Responsibilities of the Amazon Seller

3.2.1 Maintain compliance with all Brand Guidelines and Amazon policies.

3.2.2 The Amazon Seller agrees to maintain adequate inventory levels to avoid stockouts and protect the brand's reputation on the Amazon platform. The Seller further commits to purchasing the Initial Minimum Order Quantity (MOQ), listed under **"Product Quantity"** in *Appendix B*, a total of **four (4) times**, including the initial order.

3.2.3 Purchase orders shall be placed on a quarterly basis, approximately every **three (3) months**. The Seller must submit payment and order details to the Wholesaler no later than **thirty (30) days** prior to each scheduled inventory replenishment date.

3.2.4 Submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.

3.2.5 Invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

3.2.6  Handle customer service, ensuring prompt communication and resolution of inquiries.

3.2.7 Comply with Amazon's return policies and process product returns efficiently.

### 3.3 Minimum Advertised Price (MAP) Agreement

3.3.1 The Client agrees to adhere to the Minimum Advertised Pricing (MAP) policy set forth by the Company. The Client shall not advertise or promote the Company's product(s) at a price lower than **$135.99** or higher than **$142.99** without prior written consent from the Company. This includes, but is not limited to, any online listings, printed advertisements, promotional materials, or third-party reseller platforms. Violation of this MAP policy may result in immediate termination of this agreement and/or restriction of future product access.

---

## 4. STRIKE SYSTEM FOR NON-COMPLIANCE (_TM_)

4.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines or other contractual obligations.

4.2 **First Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.3 **Second Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.4 **Third Strike:** The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.

4.5 The pay out of the fines will be done within 15 business days.

---

## 5. NON-DISCLOSURE AGREEMENT (NDA) (_TM_)

5.1 The Parties acknowledge that during the term of this Agreement, they may exchange confidential and proprietary information. To protect this information, the following terms shall apply:

5.2 The Amazon Seller agrees not to disclose, share, or misuse any proprietary or sensitive information shared by the Wholesaler.

5.3 This NDA applies to all business strategies, sales data, product details, customer lists, and operational processes disclosed under this Agreement.

5.4 Any breach of confidentiality will result in legal action and potential financial damages.

5.5 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

---

## 6. TERM AND TERMINATION (_FM_)

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal unless terminated by either Party with thirty (30) days' prior written notice.

6.2 If the Amazon Seller materially breaches any obligations and fails to remedy such breach within fifteen (15) days of receiving written notice, the Wholesaler may terminate the Agreement immediately.

6.3 If the Wholesaler materially breaches any of the obligations and fails to remedy such breach within fifteen (15) days of receipt of written notice of such failure, the Amazon Seller may either terminate this Agreement.

---

## 7. DISPUTE RESOLUTION (_FM_)

7.1 Any dispute arising from this Agreement shall first be resolved through arbitration in or near Riverside County, California. All arbitration decisions are final and binding.

7.2 If arbitration is not a viable option, the dispute shall be resolved exclusively in Riverside County Superior Courts.The parties will submit themselves to the jurisdiction of the Courts located in Riverside California for the resolution of any disputes related to this Agreement.

7.3 In the event that either of the parties shall institute suit to recover damages as it relates to this Agreement, both parties shall be responsible for paying their own attorneys' fees.

---

## 8. MISCELLANEOUS (_FM_)

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of California, USA.

8.2 **Assignment** - The Amazon Seller may not assign or transfer their rights under this Agreement without prior written consent from the Wholesaler.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

## 9. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC

By: _Yusuf Ayan (Mar 28, 2025 13:48 PDT)_
Name: Yusuf Ayan
Title: COO
Date: 28/03/2025

**AMAZON SELLER:**
The Murad Holding Group LLC

By: _Farouq Murad (Mar 28, 2025 16:31 EDT)_
Name: Farouq Murad
Title: Managing Member
Date: 28/03/2025

## APPENDICES

**Appendix A: Brand Guidelines**

**Appendix B: Product Description**

**Appendix C: Brand Warranty Coverage**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix A**

# BRAND GUIDELINES

**This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of the Amazon Sellers when selling Lubluelu products on Amazon.**

## 1. RESPONSIBILITIES OF THE AMAZON SELLER

**1.1 Product Representation and Marketing**

- **Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.**
- **Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.**

**1.2 Pricing and Promotion**

- **Amazon Sellers are permitted to adjust the Amazon listing price by up to $7 but must maintain competitive pricing that aligns with brand positioning.**
- **Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.**

**1.3 Customer Service and Reviews**

- **Amazon Sellers must provide high-quality customer service, including prompt communication and resolution of customer inquiries.**
- **Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.**

**1.4 Inventory Management and Returns**

- **Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.**
- **Sellers are responsible for managing returns in accordance with Amazon's return policies.**

**1.5 Compliance and Reporting**

- **Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.**
- **Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.**
- **Failure to submit the required reports may result in the revocation of exclusive ASIN rights.**

## 2. STRIKE SYSTEM FOR NON-COMPLIANCE

**2.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines.**

**2.2 First Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.3 Second Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.4 Third Strike: The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix B**

## Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCT(S)

**Product Amazon Name:** <span style="color:red">Lubluelu Cordless Vacuum Cleaner,25000Pa Cordless Stick Vacuum with 235W Brushless Motor, 50min Runtime, Detachable Battery, Self-Standing Vacuum for Hard Floor, Carpet, Pet Hair</span>
**Product ASIN:** <span style="color:red">B0BVPSCHWT</span>
**Product UPC:** <span style="color:red">774882495222</span>
**Product Code:** <span style="color:red">MODEL 202</span>
**Product Condition:** <span style="color:red">NEW</span>
**Product Quantity:** <span style="color:red">3100</span>



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

**Appendix C**

# Brand Warranty CoveragePersonal Guarantee

**This Appendix sets forth the warranty coverage details for all products under the Lubluelu brand, outlining the rights and responsibilities of the Amazon Seller.**

## 1. WARRANTY COVERAGE

**1.1 The Brand guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.**

**1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.**

## 2. TERMS OF WARRANTY

**2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Wholesaler.**

**2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.**

## 3. EXCLUSIONS

**3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.**

## 4. WARRANTY CLAIM PROCESS

**4.1 To initiate a warranty claim, consumers must contact the Amazon Seller with proof of purchase and a detailed description of the issue.**

**4.2 Amazon Sellers are responsible for forwarding warranty claims to the Brand, who will coordinate to resolve the claim within fifteen (15) business days.**

## 5. BRAND RESPONSIBILITIES

**5.1 The Brand is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.**

**5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.**

This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.

# B0BVPSCHWT - EXCLUSIVE AMAZON SALES AGREEMENT

Final Audit Report                                                    2025-03-28

| | |
|---|---|
| Created: | 2025-03-28 |
| By: | yusuf ayan (matt@artextwholesale.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAMl8iLssOw3uToHqtHHnhdliWrYdP2g2S |

## "B0BVPSCHWT - EXCLUSIVE AMAZON SALES AGREEMENT " History

📄 Document created by yusuf ayan (matt@artextwholesale.com)
2025-03-28 - 0:09:12 AM GMT- IP address: 47.155.41.176

✉ Document emailed to farouq@muradholding.com for signature
2025-03-28 - 0:09:17 AM GMT

✉ Document emailed to yusuf@artextwholesale.com for signature
2025-03-28 - 0:09:17 AM GMT

📄 Email viewed by yusuf@artextwholesale.com
2025-03-28 - 0:09:23 AM GMT- IP address: 66.249.84.225

📄 Email viewed by farouq@muradholding.com
2025-03-28 - 0:09:23 AM GMT- IP address: 74.125.210.130

✍ Signer farouq@muradholding.com entered name at signing as Farouq Murad
2025-03-28 - 8:31:31 PM GMT- IP address: 74.199.185.214

✍ Document e-signed by Farouq Murad (farouq@muradholding.com)
Signature Date: 2025-03-28 - 8:31:33 PM GMT - Time Source: server- IP address: 74.199.185.214

✍ Signer yusuf@artextwholesale.com entered name at signing as Yusuf Ayan
2025-03-28 - 8:48:21 PM GMT- IP address: 166.199.97.37

✍ Document e-signed by Yusuf Ayan (yusuf@artextwholesale.com)
Signature Date: 2025-03-28 - 8:48:23 PM GMT - Time Source: server- IP address: 166.199.97.37

✅ Agreement completed.
2025-03-28 - 8:48:23 PM GMT

![Adobe Acrobat Sign] **Adobe Acrobat Sign**

**EXCLUSIVE AMAZON ASIN SALES AGREEMENT**

**This Exclusive Amazon ASIN Sales Agreement ("Agreement") is entered into as of the Effective Date by and between (___MS___ ):**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler"; and

2. AllGoods Lane , a company registered in Ontario, CA with its principal place of business at 126 Tweed Cres, Russell, ON K4R 1A4 , FEIN: 98-1816634 and sales permit Number: Sales Permit Number , hereinafter referred to as the "Amazon Seller."
   a. Seller Amazon Store ID: A1DTR26EY1010E
   b. Seller Amazon Storefront Name: AllGoods Lane

**WHEREAS:**

- The Wholesaler holds exclusive distribution rights to certain ASINs for sale on Amazon.com ("Amazon");
- The Amazon Seller desires to acquire exclusive selling rights for a specific ASIN under the terms set forth in this Agreement;
- The Parties wish to establish their rights, obligations, and conditions governing this arrangement.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

# 1. DEFINITIONS (___MS___ )

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Seller** - A third-party seller who has acquired exclusive ASIN sales rights from the Wholesaler. 1.3 **Exclusive Sales Rights** - The rights granted by the Wholesaler to the Amazon Seller for selling a specific ASIN on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Wholesaler to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties. 1.6 **NDA** - The Non-Disclosure Agreement incorporated into this Agreement governing the confidentiality of information.

---

## 2. GRANT OF EXCLUSIVE SALES RIGHTS (_MS_)

2.1 The Wholesaler grants the Amazon Seller the exclusive right to sell the following ASIN on Amazon:

- ASIN: B0C5D5SZ38

2.2 The Wholesaler shall not sell or authorize any other party to sell the above ASIN on Amazon, except for the Amazon Seller named in this Agreement.

2.3 The Amazon Seller shall strictly adhere to all Brand Guidelines set forth in Appendix A.

2.4 The Amazon Seller acknowledges that failure to comply with this Agreement and the Brand Guidelines may result in termination of their selling rights.

---

## 3. RESPONSIBILITIES OF THE PARTIES (_MS_)

### 3.1 Responsibilities of the Wholesaler

3.1.1 Provide the Amazon Seller with the necessary brand authorization and documentation to sell the ASIN exclusively on Amazon.

3.1.2 Ensure that all products supplied to the Amazon Seller meet brand quality standards and are free from defects.

3.1.3 Deliver products in accordance with the order specifications and ensure timely shipment to Amazon fulfillment centers.

### 3.2 Responsibilities of the Amazon Seller

3.2.1 Maintain compliance with all Brand Guidelines and Amazon policies.

3.2.2 Maintain sufficient inventory levels to avoid stockouts and preserve the brand's reputation on Amazon.

3.2.3 Submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.

3.2.4 Invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

3.2.5 Handle customer service, ensuring prompt communication and resolution of inquiries.

3.2.6 Comply with Amazon's return policies and process product returns efficiently.

## 4. STRIKE SYSTEM FOR NON-COMPLIANCE (_MS_)

4.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines or other contractual obligations.

4.2 **First Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.3 **Second Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.4 **Third Strike:** The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.

## 5. NON-DISCLOSURE AGREEMENT (NDA) (_MS_)

5.1 The Parties acknowledge that during the term of this Agreement, they may exchange confidential and proprietary information. To protect this information, the following terms shall apply:

5.2 The Amazon Seller agrees not to disclose, share, or misuse any proprietary or sensitive information shared by the Wholesaler.

5.3 This NDA applies to all business strategies, sales data, product details, customer lists, and operational processes disclosed under this Agreement.

5.4 Any breach of confidentiality will result in legal action and potential financial damages.

5.5 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

## 6. TERM AND TERMINATION (_MS_)

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal unless terminated by either Party with thirty (30) days' prior written notice.

6.2 If the Amazon Seller materially breaches any obligations and fails to remedy such breach within fifteen (15) days of receiving written notice, the Wholesaler may terminate the Agreement immediately.

## 7. DISPUTE RESOLUTION (____MS____)

7.1 Any dispute arising from this Agreement shall first be resolved through arbitration in Riverside County, California.

7.2 If arbitration is not a viable option, the dispute shall be resolved exclusively in Riverside County Superior Courts.

---

## 8. MISCELLANEOUS (____MS____)

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of California, USA.

8.2 **Assignment** - The Amazon Seller may not assign or transfer their rights under this Agreement without prior written consent from the Wholesaler.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

---

## 9. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC

By: _____
Name: _Artext Wholesale_____
Title: _COO_____
Date: _02/20/2025_____

**AMAZON SELLER:**
Business Name

By: _Mark Simon_____
Mark Simon (Feb 20, 2025 17:55 EST)
Name: _Mark Simon_____
Title: _Owner_____
Date: _02/20/2025_____

---

## APPENDICES

**Appendix A: Brand Guidelines**

**Appendix B: Product Description**

**Appendix C: Brand Warranty Coverage**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix A**

# BRAND GUIDELINES

**This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of the Amazon Sellers when selling Lubluelu products on Amazon.**

## 1. RESPONSIBILITIES OF THE AMAZON SELLER

**1.1 Product Representation and Marketing**

- **Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.**
- **Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.**

**1.2 Pricing and Promotion**

- **Amazon Sellers are permitted to adjust the Amazon listing price by up to $7 but must maintain competitive pricing that aligns with brand positioning.**
- **Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.**

**1.3 Customer Service and Reviews**

- **Amazon Sellers must provide high-quality customer service, including prompt communication and resolution of customer inquiries.**
- **Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.**

**1.4 Inventory Management and Returns**

- **Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.**
- **Sellers are responsible for managing returns in accordance with Amazon's return policies.**

**1.5 Compliance and Reporting**

- **Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.**
- **Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.**
- **Failure to submit the required reports may result in the revocation of exclusive ASIN rights.**

## 2. STRIKE SYSTEM FOR NON-COMPLIANCE

**2.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines.**

**2.2 First Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.3 Second Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.4 Third Strike: The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix B**

## Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCT(S)

**Product Amazon Name: Lubluelu Cordless Vacuum Cleaner, 25000Pa Powerful Rechargeable Wireless Stick Vac, 50min Runtime, 235W Brushless Motor, Detachable Battery, Lightweight, Self-Standing for Hard Floor, Pet Hair**

**Product ASIN: B0C5D5SZ38**

**Product UPC: 774882495130**

**Product Code: MODEL 202**

**Product Purchase Condition: NEW**

**Product Purchase Quantity: 1500**



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

**Appendix C**

# Brand Warranty Coverage

**This Appendix sets forth the warranty coverage details for all products under the Lubluelu brand, outlining the rights and responsibilities of the Amazon Seller.**

## 1. WARRANTY COVERAGE

**1.1 The Brand guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.**

**1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.**

## 2. TERMS OF WARRANTY

**2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Wholesaler.**

**2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.**

## 3. EXCLUSIONS

**3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.**

## 4. WARRANTY CLAIM PROCESS

**4.1 To initiate a warranty claim, consumers must contact the Amazon Seller with proof of purchase and a detailed description of the issue.**

**4.2 Amazon Sellers are responsible for forwarding warranty claims to the Brand, who will coordinate to resolve the claim within fifteen (15) business days.**

## 5. BRAND RESPONSIBILITIES

**5.1 The Brand is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.**

**5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.**

This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.

# B0C5D5SZ38 -EXCLUSIVE AMAZON SALES AGREEMENT

Final Audit Report                                                      2025-02-20

| | |
|---|---|
| Created: | 2025-02-20 |
| By: | yusuf ayan (matt@artextwholesale.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAd0JSwAoHQ1aGglMJq1TEnD3qVhGu_hP0 |

## "B0C5D5SZ38 -EXCLUSIVE AMAZON SALES AGREEMENT" History

Document created by yusuf ayan (matt@artextwholesale.com)
2025-02-20 - 1:43:58 AM GMT- IP address: 47.155.41.176

Document emailed to mark@allgoodslane.com for signature
2025-02-20 - 1:44:02 AM GMT

Document emailed to Artext Wholesale (contact@artextwholesale.com) for signature
2025-02-20 - 1:44:02 AM GMT

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-02-20 - 1:44:08 AM GMT- IP address: 66.249.84.34

Email viewed by mark@allgoodslane.com
2025-02-20 - 1:45:18 AM GMT- IP address: 209.195.122.120

Signer mark@allgoodslane.com entered name at signing as Mark Simon
2025-02-20 - 10:55:55 PM GMT- IP address: 209.195.122.120

Document e-signed by Mark Simon (mark@allgoodslane.com)
Signature Date: 2025-02-20 - 10:55:57 PM GMT - Time Source: server- IP address: 209.195.122.120

Document e-signed by Artext Wholesale (contact@artextwholesale.com)
Signature Date: 2025-02-20 - 11:04:34 PM GMT - Time Source: server- IP address: 47.155.41.176

Agreement completed.
2025-02-20 - 11:04:34 PM GMT

**Adobe Acrobat Sign**

**EXCLUSIVE AMAZON ASIN SALES AGREEMENT**

**This Exclusive Amazon ASIN Sales Agreement ("Agreement") is entered into as of the Effective Date by and between ( _TJ_ ):**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler"; and

2. _SPLENOR LLC_ , a company registered in _CA_ with its principal place of business at _921 MONTE VISTA IRVINE CA 92602_ , FEIN: _84-5085197_ and sales permit Number: _263860512_ , hereinafter referred to as the "Amazon Seller."
   a. Seller Amazon Store ID: _A3MBXR9225J40Q_
   b. Seller Amazon Storefront Name: _www.amazon.com/shops/splenorshop_

**WHEREAS:**

- The Wholesaler holds exclusive distribution rights to certain ASINs for sale on Amazon.com ("Amazon");
- The Amazon Seller desires to acquire exclusive selling rights for a specific ASIN under the terms set forth in this Agreement;
- The Parties wish to establish their rights, obligations, and conditions governing this arrangement.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

# 1. DEFINITIONS ( _TJ_ )

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Seller** - A third-party seller who has acquired exclusive ASIN sales rights from the Wholesaler. 1.3 **Exclusive Sales Rights** - The rights granted by the Wholesaler to the Amazon Seller for selling a specific ASIN on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Wholesaler to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties. 1.6 **NDA** - The Non-Disclosure Agreement incorporated into this Agreement governing the confidentiality of information.

---

## 2. GRANT OF EXCLUSIVE SALES RIGHTS ( _TA_ )

2.1 The Wholesaler grants the Amazon Seller the exclusive right to sell the following ASIN on Amazon:

- ASIN: B0C6SPNSC5

2.2 The Wholesaler shall not sell or authorize any other party to sell the above ASIN on Amazon, except for the Amazon Seller named in this Agreement.

2.3 The Amazon Seller shall strictly adhere to all Brand Guidelines set forth in Appendix A.

2.4 The Amazon Seller acknowledges that failure to comply with this Agreement and the Brand Guidelines may result in termination of their selling rights.

---

## 3. RESPONSIBILITIES OF THE PARTIES ( _TA_ )

### 3.1 Responsibilities of the Wholesaler

3.1.1 Provide the Amazon Seller with the necessary brand authorization and documentation to sell the ASIN exclusively on Amazon.

3.1.2 Ensure that all products supplied to the Amazon Seller meet brand quality standards and are free from defects.

3.1.3 Deliver products in accordance with the order specifications and ensure timely shipment to Amazon fulfillment centers.

### 3.2 Responsibilities of the Amazon Seller

3.2.1 Maintain compliance with all Brand Guidelines and Amazon policies.

3.2.2 Maintain sufficient inventory levels to avoid stockouts and preserve the brand's reputation on Amazon.

3.2.3 Submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.

3.2.4 Invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

3.2.5 Handle customer service, ensuring prompt communication and resolution of inquiries.

3.2.6 Comply with Amazon's return policies and process product returns efficiently.

## 4. STRIKE SYSTEM FOR NON-COMPLIANCE (___FA___)

4.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines or other contractual obligations.

4.2 **First Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.3 **Second Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.4 **Third Strike:** The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.

## 5. NON-DISCLOSURE AGREEMENT (NDA) (___FA___)

5.1 The Parties acknowledge that during the term of this Agreement, they may exchange confidential and proprietary information. To protect this information, the following terms shall apply:

5.2 The Amazon Seller agrees not to disclose, share, or misuse any proprietary or sensitive information shared by the Wholesaler.

5.3 This NDA applies to all business strategies, sales data, product details, customer lists, and operational processes disclosed under this Agreement.

5.4 Any breach of confidentiality will result in legal action and potential financial damages.

5.5 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

## 6. TERM AND TERMINATION (___FA___)

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal unless terminated by either Party with thirty (30) days' prior written notice.

6.2 If the Amazon Seller materially breaches any obligations and fails to remedy such breach within fifteen (15) days of receiving written notice, the Wholesaler may terminate the Agreement immediately.

## 7. DISPUTE RESOLUTION ( _FA_ )

7.1 Any dispute arising from this Agreement shall first be resolved through arbitration in Riverside County, California.

7.2 If arbitration is not a viable option, the dispute shall be resolved exclusively in Riverside County Superior Courts.

## 8. MISCELLANEOUS ( _FA_ )

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of California, USA.

8.2 **Assignment** - The Amazon Seller may not assign or transfer their rights under this Agreement without prior written consent from the Wholesaler.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

## 9. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC
By: _____
Name: Artext Wholesale
Title: COO
Date: 02/20/2025

**AMAZON SELLER:**
Company Name
By: _fatih altunay_
   fatih altunay (Feb 20, 2025 12:02 PST)
Name: fatih altunay
Title: Owner
Date: 02/20/2025

## APPENDICES

**Appendix A: Brand Guidelines**

**Appendix B: Product Description**

**Appendix C: Brand Warranty Coverage**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix A**

# BRAND GUIDELINES

**This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of the Amazon Sellers when selling Lubluelu products on Amazon.**

## 1. RESPONSIBILITIES OF THE AMAZON SELLER

**1.1 Product Representation and Marketing**

- **Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.**
- **Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.**

**1.2 Pricing and Promotion**

- **Amazon Sellers are permitted to adjust the Amazon listing price by up to $7 but must maintain competitive pricing that aligns with brand positioning.**
- **Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.**

**1.3 Customer Service and Reviews**

- **Amazon Sellers must provide high-quality customer service, including prompt communication and resolution of customer inquiries.**
- **Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.**

**1.4 Inventory Management and Returns**

- **Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.**
- **Sellers are responsible for managing returns in accordance with Amazon's return policies.**

**1.5 Compliance and Reporting**

- **Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.**
- **Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.**
- **Failure to submit the required reports may result in the revocation of exclusive ASIN rights.**

## 2. STRIKE SYSTEM FOR NON-COMPLIANCE

**2.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines.**

**2.2 First Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.3 Second Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.4 Third Strike: The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix B**

## Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCT(S)

**Product Amazon Name:** <span style="color:red">**Lubluelu Cordless Vacuum Cleaner,25000Pa Cordless Stick Vacuum with 235W Brushless Motor, 50min Runtime, Detachable Battery, Self-Standing Vacuum for Hard Floor, Carpet, Pet Hair**</span>

 **Product ASIN:** <span style="color:red">**B0C6SPNSC5**</span>

 **Product UPC:** <span style="color:red">**772060166476**</span>

 **Product Code:** <span style="color:red">**MODEL 202**</span>

 **Product Condition:** <span style="color:red">**NEW**</span>

 **Product Quantity:** <span style="color:red">**300**</span>



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

**Appendix C**

# Brand Warranty Coverage

**This Appendix sets forth the warranty coverage details for all products under the Lubluelu brand, outlining the rights and responsibilities of the Amazon Seller.**

## 1. WARRANTY COVERAGE

**1.1 The Brand guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.**

**1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.**

## 2. TERMS OF WARRANTY

**2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Wholesaler.**

**2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.**

## 3. EXCLUSIONS

**3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.**

## 4. WARRANTY CLAIM PROCESS

**4.1 To initiate a warranty claim, consumers must contact the Amazon Seller with proof of purchase and a detailed description of the issue.**

**4.2 Amazon Sellers are responsible for forwarding warranty claims to the Brand, who will coordinate to resolve the claim within fifteen (15) business days.**

## 5. BRAND RESPONSIBILITIES

**5.1 The Brand is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.**

**5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.**

This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.

# B0C6SPNSC5 - EXCLUSIVE AMAZON SALES AGREEMENT

Final Audit Report                                                     2025-02-20

| | |
|---|---|
| Created: | 2025-02-20 |
| By: | yusuf ayan (matt@artextwholesale.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA46QnDvdXDLeq-PxWWFy6K9J8OPYo_CdA |

## "B0C6SPNSC5 - EXCLUSIVE AMAZON SALES AGREEMENT" History

Document created by yusuf ayan (matt@artextwholesale.com)
2025-02-20 - 1:30:53 AM GMT- IP address: 47.155.41.176

Document emailed to splenorstore@gmail.com for signature
2025-02-20 - 1:30:58 AM GMT

Document emailed to Artext Wholesale (contact@artextwholesale.com) for signature
2025-02-20 - 1:30:58 AM GMT

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-02-20 - 1:31:03 AM GMT- IP address: 66.249.84.36

Email viewed by splenorstore@gmail.com
2025-02-20 - 1:33:18 AM GMT- IP address: 140.248.48.0

Signer splenorstore@gmail.com entered name at signing as fatih altunay
2025-02-20 - 8:02:10 PM GMT- IP address: 47.157.64.58

Document e-signed by fatih altunay (splenorstore@gmail.com)
Signature Date: 2025-02-20 - 8:02:12 PM GMT - Time Source: server- IP address: 47.157.64.58

Document e-signed by Artext Wholesale (contact@artextwholesale.com)
Signature Date: 2025-02-20 - 11:04:32 PM GMT - Time Source: server- IP address: 47.155.41.176

Agreement completed.
2025-02-20 - 11:04:32 PM GMT

**EXCLUSIVE AMAZON ASIN SALES AGREEMENT**

**This Exclusive Amazon ASIN Sales Agreement ("Agreement") is entered into as of the Effective Date by and between (___EH___):**

1. **Artext Wholesale LLC**, a company registered in the United States, with its principal place of business at 3731 W. Warner Ave., G6 Santa Ana, CA 92704, hereinafter referred to as the "Wholesaler"; and

2. ___EH95 LLC_____, a company registered in ___Wisconsin___ with its principal place of business at ___3822 E Bottsford Ave Cudahy, Wiscon___, FEIN: ___93-2740850___ and sales permit Number: ___456-103149712!___, hereinafter referred to as the "Amazon Seller."
   a. Seller Amazon Store ID: ___A369I93HPH6KW1___
   b. Seller Amazon Storefront Name: ___EH95 LLC_____

**WHEREAS:**

- The Wholesaler holds exclusive distribution rights to certain ASINs for sale on Amazon.com ("Amazon");
- The Amazon Seller desires to acquire exclusive selling rights for a specific ASIN under the terms set forth in this Agreement;
- The Parties wish to establish their rights, obligations, and conditions governing this arrangement.

**NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, the Parties agree as follows:**

---

# 1. DEFINITIONS (___EH___)

1.1 **ASIN** - Amazon Standard Identification Number assigned to a specific product listing on Amazon. 1.2 **Amazon Seller** - A third-party seller who has acquired exclusive ASIN sales rights from the Wholesaler. 1.3 **Exclusive Sales Rights** - The rights granted by the Wholesaler to the Amazon Seller for selling a specific ASIN on Amazon. 1.4 **Brand Guidelines** - The rules and requirements set by the Wholesaler to maintain quality, reputation, and compliance. 1.5 **Effective Date** - The date when this Agreement is signed by both Parties. 1.6 **NDA** - The Non-Disclosure Agreement incorporated into this Agreement governing the confidentiality of information.

---

## 2. GRANT OF EXCLUSIVE SALES RIGHTS ( _EH_ )

2.1 The Wholesaler grants the Amazon Seller the exclusive right to sell the following ASIN on Amazon:

- ASIN: B0DFPCHHB3

2.2 The Wholesaler shall not sell or authorize any other party to sell the above ASIN on Amazon, except for the Amazon Seller named in this Agreement.

2.3 The Amazon Seller shall strictly adhere to all Brand Guidelines set forth in Appendix A.

2.4 The Amazon Seller acknowledges that failure to comply with this Agreement and the Brand Guidelines may result in termination of their selling rights.

---

## 3. RESPONSIBILITIES OF THE PARTIES ( _EH_ )

### 3.1 Responsibilities of the Wholesaler

3.1.1 Provide the Amazon Seller with the necessary brand authorization and documentation to sell the ASIN exclusively on Amazon.

3.1.2 Ensure that all products supplied to the Amazon Seller meet brand quality standards and are free from defects.

3.1.3 Deliver products in accordance with the order specifications and ensure timely shipment to Amazon fulfillment centers.

### 3.2 Responsibilities of the Amazon Seller

3.2.1 Maintain compliance with all Brand Guidelines and Amazon policies.

3.2.2 Maintain sufficient inventory levels to avoid stockouts and preserve the brand's reputation on Amazon.

3.2.3 Submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.

3.2.4 Invest either 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.

3.2.5 Handle customer service, ensuring prompt communication and resolution of inquiries.

3.2.6 Comply with Amazon's return policies and process product returns efficiently.

## 4. STRIKE SYSTEM FOR NON-COMPLIANCE ( *EH* )

4.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines or other contractual obligations.

4.2 **First Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.3 **Second Strike:** The Amazon Seller will be fined 0.5% of their monthly sales.

4.4 **Third Strike:** The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.

## 5. NON-DISCLOSURE AGREEMENT (NDA) ( *EH* )

5.1 The Parties acknowledge that during the term of this Agreement, they may exchange confidential and proprietary information. To protect this information, the following terms shall apply:

5.2 The Amazon Seller agrees not to disclose, share, or misuse any proprietary or sensitive information shared by the Wholesaler.

5.3 This NDA applies to all business strategies, sales data, product details, customer lists, and operational processes disclosed under this Agreement.

5.4 Any breach of confidentiality will result in legal action and potential financial damages.

5.5 The confidentiality obligations shall remain in effect for a period of five (5) years after the termination of this Agreement.

## 6. TERM AND TERMINATION ( *EH* )

6.1 This Agreement shall commence on the Effective Date and remain in effect for a period of one (1) year, with automatic renewal unless terminated by either Party with thirty (30) days' prior written notice.

6.2 If the Amazon Seller materially breaches any obligations and fails to remedy such breach within fifteen (15) days of receiving written notice, the Wholesaler may terminate the Agreement immediately.

## 7. DISPUTE RESOLUTION ( _EH_ )

7.1 Any dispute arising from this Agreement shall first be resolved through arbitration in Riverside County, California.

7.2 If arbitration is not a viable option, the dispute shall be resolved exclusively in Riverside County Superior Courts.

## 8. MISCELLANEOUS ( _EH_ )

8.1 **Governing Law** - This Agreement shall be governed by and interpreted in accordance with the laws of California, USA.

8.2 **Assignment** - The Amazon Seller may not assign or transfer their rights under this Agreement without prior written consent from the Wholesaler.

8.3 **Entire Agreement** - This Agreement constitutes the entire agreement between the Parties and supersedes all prior agreements and understandings.

8.4 **Amendments** - Any amendments to this Agreement must be made in writing and signed by both Parties.

## 9. SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date.

**WHOLESALER:**
Artext Wholesale LLC

By: _____

Name: Yusuf Ayan

Title: COO

Date: 12/03/2025

**AMAZON SELLER:**

EH95 LLC

By: _Elio Hasanllari_

Name: Elio Hasanllari

Title: OWNER

Date: 12/03/2025

## APPENDICES

**Appendix A: Brand Guidelines**

**Appendix B: Product Description**

**Appendix C: Brand Warranty Coverage**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

Appendix A

# BRAND GUIDELINES

This Appendix sets forth the Brand Guidelines that outline the responsibilities and obligations of the Amazon Sellers when selling Lubluelu products on Amazon.

## 1. RESPONSIBILITIES OF THE AMAZON SELLER

**1.1 Product Representation and Marketing**

- **Amazon Sellers must accurately represent the Lubluelu brand and products in all listings, adhering to the brand's messaging, imagery, and marketing guidelines.**
- **Sellers must not make false claims, exaggerated statements, or unauthorized modifications to product listings.**

**1.2 Pricing and Promotion**

- **Amazon Sellers are permitted to adjust the Amazon listing price by up to $7 but must maintain competitive pricing that aligns with brand positioning.**
- **Sellers have the option to invest 10% of each SKU's purchase amount into Amazon advertising or offer a $34 coupon as an alternative promotional strategy.**

**1.3 Customer Service and Reviews**

- **Amazon Sellers must provide high-quality customer service, including prompt communication and resolution of customer inquiries.**
- **Sellers are prohibited from engaging in any manipulative practices related to customer reviews or ratings.**

**1.4 Inventory Management and Returns**

- **Amazon Sellers must maintain sufficient inventory levels to avoid stockouts and maintain a positive seller rating on Amazon.**
- **Sellers are responsible for managing returns in accordance with Amazon's return policies.**

**1.5 Compliance and Reporting**

- **Amazon Sellers must comply with Amazon's policies and procedures, as well as all applicable laws and regulations.**
- **Sellers must submit monthly sales, sponsor, and return reports to the Wholesaler by the 7th of each month.**
- **Failure to submit the required reports may result in the revocation of exclusive ASIN rights.**

## 2. STRIKE SYSTEM FOR NON-COMPLIANCE

**2.1 The Amazon Seller will receive a maximum of three (3) strikes for failure to comply with the Brand Guidelines.**

**2.2 First Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.3 Second Strike: The Amazon Seller will be fined 0.5% of their monthly sales.**

**2.4 Third Strike: The Amazon Seller will be fined 0.5% of their monthly sales, their contract will be terminated, and they will be removed from the listing.**

---

**This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.**

**Appendix B**

## Product Descriptions

This Appendix provides detailed descriptions for each product covered under this Agreement, including key identifiers and relevant product information.

---

## PRODUCT DESCRIPTIONS

For each product authorized for sale under this Agreement, the following details must be provided:

1. **Product Amazon Name:** The official product name as listed on Amazon.
2. **Product ASIN:** The Amazon Standard Identification Number assigned to the product.
3. **Product UPC:** The Universal Product Code used for tracking and inventory management.
4. **Product Code:** The internal product code used by the Distributor and Manufacturer.
5. **Product Condition:** The condition of the product (e.g., New, Refurbished, Used).
6. **Product Quantity:** The total quantity of the product authorized for sale.
7. **Product Picture:** A high-resolution image of the product for listing on Amazon.

---

## LIST OF PRODUCT(S)

**Product Amazon Name:** Lubluelu Cordless Vacuum Cleaner, Max 50 Mins Runtime, Stick Vacuum with Touch Screen,Lightweight Vacuum for Carpet, Home Hardwood Floor and Pet Hair.
**Product ASIN:** B0DFPCHHB3
**Product UPC:**
**Product Code:** model 202
**Product Condition:** NEW
**Product Quantity:** 700



**Product Picture:**

---

**This Appendix is an integral part of the Exclusive Amazon ASIN Distribution Agreement and must be accurately maintained and updated by the Distributor.**

**Appendix C**

# Brand Warranty Coverage

**This Appendix sets forth the warranty coverage details for all products under the Lubluelu brand, outlining the rights and responsibilities of the Amazon Seller.**

## 1. WARRANTY COVERAGE

**1.1 The Brand guarantees that all products manufactured under the Lubluelu brand are covered by a warranty lasting twelve (12) months from the date of purchase by the consumer.**

**1.2 The warranty applies to any defects, malfunctions, or other issues arising from the production or material faults inherent to the brand's products.**

## 2. TERMS OF WARRANTY

**2.1 The warranty covers repair, replacement, or refund of the product, subject to the terms specified by the Brand Guidelines and Wholesaler.**

**2.2 All warranty claims must be initiated within the warranty period and are subject to verification by authorized personnel.**

## 3. EXCLUSIONS

**3.1 The warranty does not cover damages resulting from misuse, unauthorized modifications, accidental damage, or commercial use beyond intended purposes.**

## 4. WARRANTY CLAIM PROCESS

**4.1 To initiate a warranty claim, consumers must contact the Amazon Seller with proof of purchase and a detailed description of the issue.**

**4.2 Amazon Sellers are responsible for forwarding warranty claims to the Brand, who will coordinate to resolve the claim within fifteen (15) business days.**

## 5. BRAND RESPONSIBILITIES

**5.1 The Brand is responsible for ensuring prompt resolution of warranty claims as outlined in the Agreement and this Appendix.**

**5.2 Any breach in addressing warranty claims within the stipulated time-frame may incur penalties or fines as per the contractual terms.**

This Agreement, along with all appendices, is legally binding and must be adhered to by all Parties involved.

# B0DFPCHHB3 - EXCLUSIVE AMAZON SALES AGREEMENT

Final Audit Report                                           2025-03-12

| | |
|---|---|
| Created: | 2025-03-12 |
| By: | yusuf ayan (matt@artextwholesale.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_i9CfXNcKKyL9-1rvT86fO9j95D8m9l- |

## "B0DFPCHHB3 - EXCLUSIVE AMAZON SALES AGREEMENT" History

Document created by yusuf ayan (matt@artextwholesale.com)
2025-03-12 - 5:50:53 PM GMT- IP address: 72.213.64.154

Document emailed to eliohasanllari1995@gmail.com for signature
2025-03-12 - 5:50:57 PM GMT

Document emailed to Artext Wholesale (contact@artextwholesale.com) for signature
2025-03-12 - 5:50:57 PM GMT

Email viewed by Artext Wholesale (contact@artextwholesale.com)
2025-03-12 - 5:51:02 PM GMT- IP address: 66.249.84.36

Email viewed by eliohasanllari1995@gmail.com
2025-03-12 - 5:55:22 PM GMT- IP address: 74.125.212.199

Signer eliohasanllari1995@gmail.com entered name at signing as Elio Hasanllari
2025-03-12 - 6:06:18 PM GMT- IP address: 65.31.186.112

Document e-signed by Elio Hasanllari (eliohasanllari1995@gmail.com)
Signature Date: 2025-03-12 - 6:06:20 PM GMT - Time Source: server- IP address: 65.31.186.112

Document e-signed by Artext Wholesale (contact@artextwholesale.com)
Signature Date: 2025-03-12 - 6:19:58 PM GMT - Time Source: server- IP address: 72.213.64.154

Agreement completed.
2025-03-12 - 6:19:58 PM GMT

Adobe Acrobat Sign

# EXHIBIT 5



Yönlendirilen ileti
Gönderen **alison xc**   alison@lubluelu com
Tarih  12 May 2025 Pzt, saat 10 28
Konu  Final FBA Stock Clearance Before Exclusive Listing
Alıcı   akan@rhl global com
CC    mrasit@rhl global com  ,   angie liu@rhl global com  ,   wendy@lubluelu com

Dear Akan,

Below QTY is FBA STOCK on amazon stock  We have to sell all the stock out on amazon  After we clear these stock out on amazon , you will be the exclusive seller of Model 202 on the Amazon USA platform
Please see the current stock details below

| A | B | C | F | G |
|---|---|---|---|---|
| SKU | ASIN | 站点 | FBA | VC |
| 3635237 | B0BVPSCHWT | US | 1146 | |
| 4001749 | B0C5D5SZ38 | US | 319 | |
| 4511632 | B0C6SPNSC5 | US | 287 | |
| 9758434 | B0DFPCHHB3 | US | 1649 | 282 |

Cheers,



Alison Hu (Ms)
Sales Manager
Mp  0086 15076085979
E mail  alison@lubluelu com
Wechat / Whatsapp / Skype  +86 15076085979

Shenzhen Xincheng Innovation Technology Co , Ltd
Add  28F, 1B, Hengda Metro Plaza, Bantian Street, Longgang District, Shenzhen, Guangdong, China
Web  www lubluelu com

# EXHIBIT 6



alison xc <alison@lubluelu.com>
To: RHL Global <akan@rhl-global.com>
Cc: mrasit@rhl-global.com, angie.liu@rhl-global.com, wendy@lubluelu.com, shipquickexpress@gmail.com, Contact@artextwholesale.com

Wed, May 14, 2025 at 2:05 AM

Dear Akan,

We need around 25-30 days to clear the Amazon USA FBA stock for model 202. After 25-30 days, we'll withdraw the Amazon USA FBA stock for the model 202. But to protect our long-

term partnership, the boss asks for a deposit of $50,000.
I understand you don't want to make the deposit. I'll also talk with the boss again to support you.

Cheers,



**lubluelu**

Alison Hu (Ms)
Sales Manager
Mp: 0086-15076085979
E-mail: alison@lubluelu.com
Wechat / Whatsapp / Skype: +86 15076085979

Shenzhen Xincheng Innovation Technology Co., Ltd.
Add: 28F, 1B, Hengda Metro Plaza, Bantian Street, Longgang District, Shenzhen, Guangdong, China
Web: www.lubluelu.com

RHL Global <akan@rhl-global.com> 于2025年5月14日周三 16:32写道：
[Quoted text hidden]

# EXHIBIT 7







——— Yönlendirilen ileti ———
Gönderen: **alison xc** <alison@lubluelu.com>
Tarih: 20 May 2025 Sal, saat 11:51
Konu: Re: Final FBA Stock Clearance Before Exclusive Listing
Alıcı: RHL Global <akan@rhl-global.com>
CC: <mrasit@rhl-global.com>, <angie.liu@rhl-global.com>, <wendy@lubluelu.com>

Dear Akan,

As previously discussed, we agreed to authorize you as the only authorized third-party seller for the 202 model under our Amazon USA listings. Apart from our own Amazon team, you're the only third-party seller to sell this model.

Now, you are requesting that we completely stop selling the 202 model on Amazon USA, allowing you to become the only seller.

To support this, we would need to withdraw our current stock of the 202 model from Amazon USA FBA and handle the stock we have in the USA warehouse and the stock in transit by sea to the USA. The FBA removal fees are around $15 per unit and storage fees at our USA warehouse are also high.

There is a lot of money and pressure for us. If we remove the FBA stock for 202 model from Amazon USA FBA at the earliest date of June 16, 2025, will you have a deep plan to coop with us and have any plan to sell our 202 stock below in future orders? Please advise.

- 202 model stock we withdraw from FBA (3401 units)
- 202 model stock from USA warehouse and in transit by sea to the USA (21650 units)

The total quantity is approximately 25,051 units.

Cheers,

🎄🎊🎍🎉

**lubluelu**

Alison Hu (Ms)
Sales Manager
Mp: 0086-15076085979
E-mail: alison@lubluelu.com
Wechat / Whatsapp / Skype: +86 15076085979

Shenzhen Xincheng Innovation Technology Co., Ltd.
Add: 28F, 1B, Hengda Metro Plaza, Bantian Street, Longgang District, Shenzhen, Guangdong, China
Web: www.lubluelu.com



# EXHIBIT 8

**RHL Global** <akan@rhl-global.com>                                                                      Tue, May 20, 2025 at 1:43 AM
To: alison xc <alison@lubluelu.com>
Cc: mrasit@rhl-global.com, angie.liu@rhl-global.com, wendy@lubluelu.com, shipquickexpress@gmail.com, Contact@artextwholesale.com

Dear ,

From day one, our discussions with your company have always been based on exclusive selling rights for the 202 model. Every meeting, message, and agreement we've had supports this, and we have full documentation and proof that you clearly committed to authorizing us as the sole third-party seller.

We have already spoken to our clients, and let me be absolutely clear: we will not wait until June 16. In fact, I offered you a 30-day window almost 20 days ago, which you ignored.

At this stage, I am giving you two final options, and we expect your immediate response. If you do not comply, we will proceed with legal action immediately and involve local authorities to visit your office with police support.

Option 1:

You must buy back all remaining stock and issue a full refund including all damages and financial losses we've incurred.

Option 2:

Instead of removing the 3,100 units already sent to Amazon FBA — which would result in high costs you would need to cover — you can simply increase the price of your Amazon listings. This way, our customer can sell and clear the existing stock, and you avoid additional expenses.

This is my final message in an attempt to resolve this amicably.

You have taken our money and continuously broken your commitments.

Start the refund and resolution process immediately, or face the consequences of a legal case, which will result in far greater damage for your company.

We expect your response without delay.

Sincerely,

Akan Yürekli
Ceo
Rhl Global
www.rhl-global.com