# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEXT WHOLESALE LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN XINCHENG INNOVATION TECHNOLOGY CO., LTD.; DONGGUAN GUANGZHIXUN E-COMMERCE CO., LTD.; XINCHENG HOLDING (HK) CO., LIMITED; and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 8:25-cv-02252-MRA (KESx)<br>*[Judge: Hon. Monica Ramirez Almadani]*<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO BRAND DEFENDANTS ~~AND RETENTION OF JURISDICTION~~ [34]**<br><br>**[NOTE CHANGES BY COURT]** |

The Court, having considered the Joint Stipulation of Dismissal with Prejudice as to Shenzhen Xincheng Innovation Technology Co., Ltd., Dongguan Guangzhixun E-Commerce Co., Ltd., and Xincheng Holding (HK) Co., Limited (collectively, the "Brand Defendants") and Request for Retention of Jurisdiction submitted by Plaintiff Artext LLC d/b/a Artext Wholesale LLC ("Plaintiff") and the Brand Defendants, and good cause appearing, **HEREBY ORDERS:**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted by Plaintiff against the Brand Defendants in the above-captioned action are DISMISSED WITH PREJUDICE.

2. Each of Plaintiff and the Brand Defendants shall bear its own attorneys' fees and costs as between them.

3. ~~The Court expressly RETAINS JURISDICTION over Plaintiff, the Brand Defendants, and their Settlement Agreement for the limited purpose of enforcing the terms of that Settlement Agreement and entering such orders, including injunctive or other appropriate relief, as may be necessary to enforce its terms, pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).~~

**IT IS SO ORDERED.**

DATED: January 20, 2026

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT COURT JUDGE